IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA KLOTH, et al
    Plaintiff

vs.                              Case No.: JFM-00-2117

MICROSOFT CORP.
    Defendant

\*\*\*\*\*\*

## ORDER

This action was filed in the United States District Court for the District of Maryland on July 12, 2000. I find that the allegations made in this action involve questions of fact common to those in the action entitled In Re: Microsoft Litigation, MDL No. 1332. Accordingly, and pursuant to my authority as the Judge assigned to said Multidistrict litigation, this action is transferred to MDL No. 1332.

The clerk is ordered to send a copy of this Order to the Judicial Panel on Multidistrict Litigation and counsel of record.

Date: July 27, 2000

J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)