IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : <br> : <br> : <br> : MDL DOCKET NO. 1332 <br> : <br> This Document Relates To:     : Hon. J. Frederick Motz <br> : <br> *Kloth v. Microsoft Corp.*, 1:00cv02117   : <br> : <br> : <br> : |

**NOTICE OF SERVICE OF MICROSOFT'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE FOR DEPOSITION THREE OF THEIR TRIAL WITNESSES**

Microsoft Corp. gives notice of service of its Motion to Compel Plaintiffs to Produce for Deposition Three of Their Trial Witnesses, the Memorandum in Support, and a [proposed] Order. Copies of the foregoing were served via regular United States mail on May 14, 2003 upon the following:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Conor R. Crowley
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

Parker C. Folse, III, Esq.
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101


Dated: May 14, 2003

Respectfully submitted,

*Of Counsel:*

BY: _____
David B. Tulchin

Charles B. Casper
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2003, I caused a copy of the foregoing Notice of Service of Microsoft's Motion to Compel Plaintiffs to Produce for Deposition Three of Their Trial Witnesses to be served upon the following by United States mail, first class, postage prepaid:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Parker C. Folse, III, Esq.
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101

Jeffrey D. Herschman