UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Kloth* v. *Microsoft Corp.*, 1:00 cv02117

MDL Docket No. 1332
Hon. J. Frederick Motz

## MICROSOFT'S MOTION TO SHORTEN THE TIME
## FOR BRIEFING MICROSOFT'S MOTION TO COMPEL PLAINTIFFS
## TO PRODUCE FOR DEPOSITION THREE OF THEIR TRIAL WITNESSES

Microsoft Corporation is serving, simultaneously with this motion, a motion to compel plaintiffs to produce for deposition three of their trial witnesses. Pursuant to the Stipulation and Order Entering Pretrial Schedule entered by the Court on March 21, 2003, those witnesses should be deposed before June 6. More importantly, the trial in this matter is scheduled for September 8, and Microsoft should not be prejudiced in its trial preparation by a substantial delay in the date for these depositions. For the foregoing reasons, as well as the reasons set forth in Microsoft's Memorandum in Support of Its Motion To Compel Plaintiffs To Produce for Deposition Three of Their

Trial Witnesses (attached hereto as Exhibit A), Microsoft hereby moves this Court for an order establishing the following expedited briefing schedule on that motion:

> Plaintiffs to file their brief in opposition by May 19, 2003;
>
> Microsoft to file its reply brief in support of its motion by May 22, 2003.

Dated: May 14, 2003

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Respectfully submitted,

By: /s/ David B. Tulchin
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Kloth* v. *Microsoft Corp.*, 1:00 cv02117 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**[PROPOSED] ORDER SHORTENING THE TIME FOR
BRIEFING MICROSOFT'S MOTION TO COMPEL PLAINTIFFS
TO PRODUCE FOR DEPOSITION THREE OF THEIR TRIAL WITNESSES**

Upon motion of defendant Microsoft Corporation, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT plaintiffs shall file their brief in opposition to Microsoft's motion to compel plaintiffs to produce for deposition three of their trial witnesses by May 19, 2003. Microsoft shall file its reply brief in support of its motion by May 22, 2003.

Dated this ___ day of May, 2003

                                                                                          _____
                                                                                          J. Fredrick Motz
                                                                                          United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on May 14, 2003, I caused a copy of the Microsoft's Motion to Shorten the Time for Briefing Microsoft's Motion to Compel Plaintiffs to Produce for Deposition Three of Their Trial Witnesses and a [proposed] Order to be served upon the following by United States mail, first class, postage prepaid:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
(facsimile no.: 202-408-4699)

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(facsimile no.: 513-621-0262)

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(facsimile no.: 202-337-8090)

Parker C. Folse, III, Esq.
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101
(facsimile no.: 206-516-3883

*Jeffrey D. Herschman*