UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Kloth* v. *Microsoft Corp.*, 1:00cv02117.

MDL Docket No. 1332
Hon. J. Frederick Motz

## MICROSOFT'S MOTION TO ENTER ITS FORM OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to the Court's Opinion of April 14, 2003, granting in part and denying in part plaintiffs' motion for class certification in the consumer cases, defendant Microsoft Corporation hereby moves that the Court enter Microsoft's form of order implementing the Court's ruling (appended at Tab A).

-2-

The reasons for this motion are set forth in Microsoft's Memorandum in Support of Its Motion to Enter Its Form of Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification.

Dated: May 16, 2003

Of Counsel:

Charles B. Casper
MONTGOMERY, McCRACKEN,
    WALKER & RHOADS LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Respectfully submitted,

By: _____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Microsoft Corporation*