# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Kloth* v. *Microsoft Corp.*, 1:00cv02117. | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

In accordance with the Opinion issued on April 14, 2003 granting in part and denying in part plaintiffs' motion for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure, it is hereby Ordered:

1. A class defined as follows is certified pursuant to Rule 23(b)(3) for purposes of seeking monetary damages only:

> All persons and entities in the United States who acquired directly from Microsoft through the shop.microsoft.com Web site (by ordering on line or by calling the toll free number provided there) a license, other than for resale or re-licensing, for Microsoft single-user operating system software, including upgrades, compatible with x86 computers, but not including Windows 2000, Windows NT or Windows XP, from February 22, 1999 through December 15, 2001 (the "Class");

2. Plaintiffs Franklin J. DeJulius, Paul A. Deiter and Gary L. Leach are hereby appointed as representatives of the Class;

3. Attorneys of record for the representative plaintiffs are hereby authorized to serve as counsel for the Class;

-2-

      4.    Plaintiffs' motion for class certification is denied in all other respects.

Dated this ___ day of _____, 2003

                                                            _____
                                                            J. Frederick Motz
                                                            United States District Judge