# EXHIBIT A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 5, 2003

<u>By Facsimile</u>

Michael Hausfeld,
   Cohen, Milstein, Hausfeld & Toll,
      1100 New York Avenue, N.W.,
         West Tower, Suite 500,
           Washington, D.C. 20005.

       Re: *In re Microsoft Corp. Antitrust Litigation,* (MDL 1332)

Dear Michael:

      Enclosed is a proposed Order intended to reflect Judge Motz's April 14 decision on your class cert motion. Please let me have your comments.

      Are you drafting a form of Notice to the class?

                    Sincerely,

                    David Tulchin

cc:   Stan Chesley
       Mark Griffin
       Robert Heuck
       Daniel Small

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Consumer Actions | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IN THE CONSUMER CASES

In accordance with the Opinion issued on April 14, 2003 granting in part and denying in part plaintiffs' motion for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure, it is hereby Ordered:

1. A class defined as follows is certified pursuant to Rule 23(b)(3) for purposes of seeking monetary damages only:

> All persons in the United States who acquired directly from Microsoft through the shop.microsoft.com Web site a license, other than for resale or re-licensing, for Microsoft single-user operating system software, including upgrades, compatible with x86 computers, but not including Windows 2000, Windows NT or Windows XP, from February 22, 1999 through December 15, 2001 (the "Class");

2. Plaintiffs Franklin J. DeJulius, Paul A. Deiter and Gary L. Leach are hereby appointed as representatives of the Class;

3. Attorneys of record for the representative plaintiffs are hereby authorized to serve as counsel for the Class;

2

    4.    Plaintiffs' motion for class certification is denied in all other respects.

Dated this ___ day of _____, 2003

                                                  _____
                                                  J. Frederick Motz
                                                  United States District Judge