# EXHIBIT B

```
From: Small, Daniel [mailto:DSmall@CMHT.com]
Sent: Friday, May 09, 2003 11:38 AM
To: 'tulchind@sullcrom.com'
Cc: Strimel, Mary; Wozniak, Robert
Subject: Microsoft, MDL 1332, End User Cases
```

David,

    Attached are our edits to your proposed class definition. We are fine with the rest of your proposed order.

        Dan

<<145553_1.doc>>

All persons <u>and entities</u> in the United States who acquired directly from Microsoft through the shop.microsoft.com Web site <u>(by ordering on line or by calling the toll free number provided there)</u> a license, other than for resale or re-licensing, for Microsoft single-user operating system software, including upgrades, compatible with x86 computers, but not including Windows 2000<s>,</s> <u>or</u> Windows NT <s>or Windows XP</s>, from February 22, 1999 through <s>December 15, 2001</s> <u>April 30, 2003</u> (the "Class');