**EXHIBIT C**

**ORIGINAL**

**FILED**

San Francisco County Superior Court

OCT 16 2002

GORDON PARK-LI, Clerk

BY: _____
                Deputy Clerk

1  TOWNSEND AND TOWNSEND AND CREW LLP
   Eugene Crew (State Bar No. 034395)
2  Daniel J. Furniss (State Bar No. 073531)
   Richard L. Grossman (State Bar No. 112841)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300

5

6  Lead Counsel for Plaintiffs

7  ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
   Craig C. Corbitt (State Bar No. 83251)
8  Joseph W. Bell (State Bar No. 114644)
   Jeffrey A. Topor (State Bar No. 195545)
9  44 Montgomery Street, Suite 3400
   San Francisco, California 94104
10 Telephone: (415) 693-0700
   Facsimile: (415) 693-0770

11 Liaison Counsel for Plaintiffs

12              SUPERIOR COURT OF THE STATE OF CALIFORNIA

13              FOR THE CITY AND COUNTY OF SAN FRANCISCO

14

15 COORDINATION PROCEEDINGS      )   J.C.C.P. No. 4106
   SPECIAL TITLE (Rule 1550(b))  )
16                               )   **CLASS ACTION**
                                 )
17 MICROSOFT I - V CASES         )   [~~PROPOSED~~] **ORDER GRANTING IN**
                                 )   **PART AND DENYING IN PART**
18                               )   **PLAINTIFFS' MOTION TO MODIFY**
                                 )   **ORDER RE: CLASS CERTIFICATION;**
19                               )   **MODIFYING ORDER RE: CLASS**
                                 )   **CERTIFICATION; APPROVING**
20                               )   **PROPOSED FORMS OF NOTICE; AND**
                                 )   **DIRECTING PARTIES TO MEET AND**
21                               )   **CONFER RE: PLAN FOR**
                                 )   **DISSEMINATION OF CLASS ACTION**
22 _____   )   **NOTICE**

23         On August 29, 2000, the Court issued its order certifying two classes in this action.  Plaintiffs
24 have moved to modify that order.
25         Upon full consideration of the papers submitted in support of and opposing plaintiffs'
26 motion, all papers and pleadings on file herein, and the oral argument of the parties, plaintiffs'
27 motion is GRANTED IN PART AND DENIED IN PART.  Accordingly, the Court's August 29,
28

ORDER GRANTING IN PART AND DENYING IN PART PLTFS' MOTION TO MODIFY ORDER RE: CLASS CERTIFICATION
J.C.C.P. No. 4106

1    2000 Order re: Class Certification is modified to extend the class-period ending date from May 15,

2    2001 to December 15, 2001.  The class definitions set forth in the Court's August 29, 2000 Order re:

3    Class Certification are modified as follows:

4        (1)    The "Windows and MS-DOS Operating System Software Class:"  All persons or

5    entities within the State of California who, between February 18, 1995 and December 15, 2001,
     indirectly purchased "Microsoft Windows operating system software or MS-DOS operating system

6    software" and who did not purchase it for the purpose of resale.

7        (2)    The "Word and Excel Software Class:"  All persons or entities within the State of
     California who, between February 18, 1995 and December 15, 2001, indirectly purchased Microsoft

8    "Word" word processing software and/or "Excel" spreadsheet software compatible with "Windows
     operating system software or MS-DOS operating system software" and who did not purchase it for

9    the purpose of resale.

10       Excluded from the classes are government entities, Microsoft officers and directors,

11   subsidiaries in which Microsoft has greater than a 50 percent ownership interest and any judges or
     justices assigned to hear any aspect of this litigation.

12
     Pursuant to California Rule of Court 1856(c):

13
     1.    The Court finds that notice to the Class Members is required.

14
     2.    The Court further orders that (a) Class Members who purchased Microsoft Windows

15   operating system software or MS-DOS operating system software or Microsoft "Word" word

16   processing software and/or "Excel" spreadsheet software compatible with Windows operating

17   system software or MS-DOS operating system software between May 16, 2001 and December 15,

18   2001 may exclude themselves from this action; and (b) Class Members who purchased any of the

19   products described above between February 18, 1995 and May 15, 2001, and who did not previously

20   exclude themselves from this action, may not now exclude themselves from this action.  However,

21   they may exclude themselves from this action with respect to any additional purchases they made of

22   any of the products described above between May 16, 2001 and December 15, 2001.

23       3.    The Court further orders that the content of the Forms of Notice attached hereto as

24   Exhibits A and B fairly and adequately inform the Class Members of their rights regarding this

25   litigation.

26

27

28
                                            2
     ORDER GRANTING IN PART AND DENYING IN PART PLTFS' MOTION TO MODIFY ORDER RE: CLASS CERTIFICATION
     J.C.C.P. No. 4106

1       4.    The parties are directed to meet and confer regarding a plan for dissemination of the

2   Forms of Notice, and to report to the court their agreement or respective positions regarding

3   dissemination of notice within 20 days after entry of this order.

4       5.    Plaintiffs shall bear the cost of notice.

5       IT IS SO ORDERED.

6   DATED: October _15_, 2002

7                     The Honorable Paul H. Alvarado

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

ORDER GRANTING IN PART AND DENYING IN PART PLTFS' MOTION TO MODIFY ORDER RE: CLASS CERTIFICATION
J.C.C.P. No. 4106

**Legal Notice to California Residents and Businesses**

# If you purchased certain Microsoft software, or a computer on which it was installed, between May 16, 2001 and December 15, 2001, this notice may affect your rights.

## Please read this Court ordered Class Action Notice.

If you are located in California, and you purchased Microsoft Windows, MS-DOS, Word, or Excel software, or purchased a personal computer on which this software was already installed on or after May 16, 2001, you or your company may be affected by a class action lawsuit in San Francisco Superior Court called MICROSOFT I-V CASES, J.C.C.P. No. 4106. (Although Microsoft software is licensed, the simpler term "purchased" is used here.) At this time, you do not have to do anything to remain a "Class Member." This is to inform you of the Court's certification of two Plaintiff Classes, the nature of plaintiffs' claims, and your right to participate in, or exclude yourself from, these Classes.

**What Is This Case About?** Plaintiffs allege that Microsoft has violated California's antitrust and unfair competition laws by acting in combination with others to harm competition and monopolize the markets for Intel-compatible (1) personal computer operating system software, (2) word processing software, and (3) spreadsheet software. Specifically, plaintiffs allege that Microsoft harmed all members of the Classes by using a monopoly alleged to be unlawful to overcharge for its software and deprive consumers of a free choice as well as the benefits of software innovation in a competitive market. Plaintiffs seek monetary, injunctive and other relief. Microsoft denies plaintiffs' allegations and contends that it developed and sold high quality and innovative software products at fair and reasonable prices. The Court has not yet determined whether plaintiffs' or Microsoft's contentions are correct. A trial is scheduled to being on February 3, 2003.

**Am I Affected By This Litigation?** First, you must have purchased certain software or a computer on which this software was already installed from a vendor other than Microsoft, for example, a retailer or distributor. Second, the Court previously defined the Classes as all persons or entities located within the State of California who, between February 18, 1995 and May 15, 2001, indirectly purchased (and thereby also licensed): *1) Microsoft Windows operating system software or MS-DOS operating system software for use and not for resale; 2) Microsoft "Word" word-processing software and/or "Excel" spreadsheet software, which is compatible with Microsoft Windows operating system software or MS- DOS operating system software, for use and not for resale. (This includes those who purchased Word or Excel separately, or as part of an office suite or group of software programs.)* Excluded from the Classes are government entities, Microsoft officers and directors, subsidiaries in which Microsoft has greater than a 50 percent ownership interest and any judges or justices assigned to hear any aspect of this litigation. The Court recently modified its previous definition of the Classes, by extending the ending date of the class period. As modified, the Classes now include all persons or entities located within the State of California who, between February 18, 1995 and December 15, 2001

*EXHIBIT "A"*

indirectly purchased (and thereby also licensed) the products described above for use and not for resale.

**How Do I Remain A Class Member?  You Need Not Do Anything At This Time.**  As a Class Member, you will be bound by all orders and judgments of the Court.  Any claims you have against Microsoft concerning the allegations summarized in this Notice will be determined by the final resolution of this case.  You do not have to pay the Classes' attorneys.  If they obtain a recovery from Microsoft, they will ask the Court to order reasonable attorneys' fees and costs to be paid by Microsoft or from any funds recovered.  If you hire your own attorney, you must pay that attorney.  You may also seek the Court's permission to intervene or personally appear in the action.

**How Do I Exclude Myself From The Class?**  If you are an individual or an authorized representative of a company, and you want to be excluded from the Class: (1) complete and mail the original or a copy of the form below, or (2) mail a signed letter asking to be excluded, or (3) print, complete and mail the on-line exclusion form posted at www.calsoftwaresuit.com.  All exclusion requests should be mailed to Microsoft Claims Exclusions, P.O. Box ####, San Francisco, CA 94### and must be postmarked by February 3, 2003.  **If you exclude yourself, you cannot participate in any monetary recovery for either Class, and you will not be bound by any Court orders or judgments.**  If you purchased any of the products described above between February 18, 1995 and May 15, 2001, and did not previously exclude yourself (by one of the three methods listed above), you are already a Class Member and cannot now exclude yourself, except with respect to any additional purchases of any of the products described above that you made between May 16, 2001 and December 15, 2001.  If you purchased any of the products described above for the first time between May 16, 2001 and December 15, 2001, you may exclude yourself by one of the three methods listed above.  If you wish to remain a Class Member, DO NOT submit an exclusion form.

**What If I Have Questions?**  Visit the website at www.calsoftwaresuit.com, or write to Microsoft Class Counsel, P.O. Box 2727, San Francisco, CA 94126. All Court records filed before 10/15/00 may be examined in person and copied at the Clerk's office, San Francisco Superior Court, 400 McAllister Street, San Francisco.  All Court records filed on or after 10/15/00 can be viewed by accessing the Case Management system at the Court or by accessing the website below. PLEASE DO NOT PHONE THE COURT.

Dated:  October XX, 2002, The Honorable Paul H. Alvarado, San Francisco Superior Court Judge.

**www.calsoftwaresuit.com**

Microsoft Claims Exclusion Request

___ I am excluding myself as an individual

_____

Name

___ This company is excluding itself.

_____

Your Name and Title (if authorized on behalf of a Company)

_____

Company Name

_____

Address              City

_____

State        Zip          Telephone

_____

Signed                      Date

Microsoft Claims Exclusions, P.O. Box ####, San Francisco, CA 94###.

### TO REMAIN A CLASS MEMBER,

### DO NOT SUBMIT AN EXCLUSION LETTER OR FORM.

**Legal Notice to California Residents and Businesses**

# If you purchased certain Microsoft software, or a computer on which it was installed, between May 16, 2001 and December 15, 2001, this notice may affect your rights.

## Please read this Court ordered Class Action Notice.

If you are located in California, and you purchased Microsoft Windows, MS-DOS, Word, or Excel software, or purchased a personal computer on which this software was already installed on or after May 16, 2001, you or your company may be affected by a class action lawsuit in San Francisco Superior Court called MICROSOFT I-V CASES, J.C.C.P. No. 4106. (Although Microsoft software is licensed, the simpler term "purchased" is used here.) At this time, you do not have to do anything to remain a "Class Member." This is to inform you of the Court's certification of two Plaintiff Classes, the nature of plaintiffs' claims, and your right to participate in, or exclude yourself from, these Classes.

**What Is This Case About?**  Plaintiffs allege that Microsoft has violated California's antitrust and unfair competition laws by acting in combination with others to harm competition and monopolize the markets for Intel-compatible (1) personal computer operating system software, (2) word processing software, and (3) spreadsheet software. Specifically, plaintiffs allege that Microsoft harmed all members of the Classes by using a monopoly alleged to be unlawful to overcharge for its software and deprive consumers of a free choice as well as the benefits of software innovation in a competitive market. Plaintiffs seek monetary, injunctive and other relief. Microsoft denies plaintiffs' allegations and contends that it developed and sold high quality and innovative software products at fair and reasonable prices. The Court has not yet determined whether plaintiffs' or Microsoft's contentions are correct. A trial is scheduled to being on February 3, 2003.

**Am I Affected By This Litigation?**  First, you must have purchased certain software or a computer on which this software was already installed from a vendor other than Microsoft, for example, a retailer or distributor. Second, the Court previously defined the Classes as all persons or entities located within the State of California who, between February 18, 1995 and May 15, 2001, indirectly purchased (and thereby also licensed):  *1) Microsoft Windows operating system software or MS-DOS operating system software for use and not for resale; 2) Microsoft "Word" word-processing software and/or "Excel" spreadsheet software, which is compatible with Microsoft Windows operating system software or MS- DOS operating system software, for use and not for resale. (This includes those who purchased Word or Excel separately, or as part of an office suite or group of software programs.)*  Excluded from the Classes are government entities, Microsoft officers and directors, subsidiaries in which Microsoft has greater than a 50 percent ownership interest and any judges or justices assigned to hear any aspect of this litigation. The Court recently modified its previous definition of the Classes, by extending the ending date of the class period. As modified, the Classes now include all persons or entities located within the State of California who, between February 18, 1995 and December 15, 2001

*EXHIBIT "B"*

indirectly purchased (and thereby also licensed) the products described above for use and not for resale.

**How Do I Remain A Class Member? You Need Not Do Anything At This Time.** As a Class Member, you will be bound by all orders and judgments of the Court. Any claims you have against Microsoft concerning the allegations summarized in this Notice will be determined by the final resolution of this case. You do not have to pay the Classes' attorneys. If they obtain a recovery from Microsoft, they will ask the Court to order reasonable attorneys' fees and costs to be paid by Microsoft or from any funds recovered. If you hire your own attorney, you must pay that attorney. You may also seek the Court's permission to intervene or personally appear in the action.

**How Do I Exclude Myself From The Class?** If you are an individual or an authorized representative of a company, and you want to be excluded from the Class: (1) complete and mail the original or a copy of the form below, or (2) mail a signed letter asking to be excluded, or (3) print, complete and mail the on-line exclusion form posted at www.calsoftwaresuit.com. All exclusion requests should be mailed to Microsoft Claims Exclusions, P.O. Box ####, San Francisco, CA 94### and must be postmarked by February 3, 2003. **If you exclude yourself, you cannot participate in any monetary recovery for either Class, and you will not be bound by any Court orders or judgments.** If you purchased any of the products described above between February 18, 1995 and May 15, 2001, and did not previously exclude yourself (by one of the three methods listed above), you are already a Class Member and cannot now exclude yourself, except with respect to any additional purchases of any of the products described above that you made between May 16, 2001 and December 15, 2001. If you purchased any of the products described above for the first time between May 16, 2001 and December 15, 2001, you may exclude yourself by one of the three methods listed above. If you wish to remain a Class Member, DO NOT submit an exclusion form.

**What If I Have Questions?** Visit the website at www.calsoftwaresuit.com, or write to Microsoft Class Counsel, P.O. Box 2727, San Francisco. All Court records filed before 10/15/00 may be examined in person and copied at the Clerk's office, San Francisco Superior Court, 400 McAllister Street, San Francisco. All Court records filed on or after 10/15/00 can be viewed by accessing the Case Management system at the Court or by accessing the website below. PLEASE DO NOT PHONE THE COURT.

Dated:  October XX, 2002, The Honorable Paul H. Alvarado, San Francisco Superior Court Judge.

**www.calsoftwaresuit.com**

3148157v1