# EXHIBIT E

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2000-000722 05/12/2003

| | CLERK OF THE COURT |
|---|---|
| HON. MICHAEL J. O'MELIA | A. Beery |
| | Deputy |

FILED: 05/14/2003

| | |
|---|---|
| CHARLES I FRIEDMAN PC, et al. | MARTY HARPER |
| v. | |
| MICROSOFT CORPORATION | WILLIAM J MALEDON |

ANDREW S FRIEDMAN
JOSEPH D HOWE
JAMES P WATTS JR.
JOHN J BOUMA
KELLY J FLOOD
CHRISTOPHER O'HARA
PATRICK G BYRNE
ROBERT GRALEWSKI
MILBERN WEISS BERSHAD HYNES
401 B ST
STE 1700
SAN DIEGO CA 92101
THOMAS W BURT
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND WA 98062
MICHAEL J FLANNERY
600 W BROADWAY
STE 1800
SAN DIEGO CA 92101
STEVE W BERMAN
HAGENS BERMAN LLP
1301 5TH AVE
STE 2900
SEATTLE WA 98101
DAVID B TULCHIN
SULLIVAN & CROMWELL
125 BROAD ST
NEW YORK NY 10004

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2000-000722                                                05/12/2003


CHARLES B CASPER
MONTGOMERY MCCRACKEN
123 S BROAD ST
PHILADELPHIA PA  19109


MINUTE ENTRY


After considering the memoranda and arguments of counsel, the Court grants the Plaintiffs' Motion to Certify Classes as Amended. The class therefore includes the operating systems and applications.

The Court sets the cut off date at December 15, 2001, which is the date of the Federal case settlement.