# TAB H

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 19, 2003

<u>By Facsimile</u>

Mary Strimel,
   Cohen, Milstein, Hausfeld & Toll, PLLC,
      West Tower, Suite 500,
         1100 New York Avenue, N.W.,
           Washington, D.C. 20005.

        Re:   <u>In re Microsoft (MDL 1332) -- Consumer Cases</u>

Dear Mary:

      As discussed on the phone today, we are willing to take the Harvey deposition in London on June 6 and will also take the Lie deposition in London on a mutually convenient date. Kit Pierson will call you about that subject.

      We still expect that you will make your trial witness Gassee available for deposition by June 6. If this issue cannot now be resolved, we will press ahead with our motion.

                                  Sincerely,

                                  David Tulchin

cc:   Dan Small
       Bill Butterfield
       Bob Heuck
       Michael Hausfeld
       Kit Pierson

Mary Strimel                                                                 -2-

bcc:   Rich Wallis
       Steve Aeschbacher
       Joe Banks
       Chuck Casper
       Michael Brockmeyer
       Bob Rosenfeld