# TAB J

# COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

1100 NEW YORK AVENUE, N.W.
WEST TOWER, SUITE 500
WASHINGTON, D. C. 20005-3964

(202) 408-4600
FACSIMILE (202) 408-4699

701 FIFTH AVENUE
SUITE 6850
SEATTLE, WA 98104-7097
(206) 521-0080
FACSIMILE (206) 521-0166

625 THIRD AVENUE
THIRTIETH FLOOR
NEW YORK, NY 10022-7519
(212) 838-7797
FACSIMILE (212) 838-7745

39 SOUTH LASALLE STREET
SUITE 305
CHICAGO, IL 60603
(312) 357-0370
FACSIMILE (312) 357-0369

www.cmht.com

HERBERT E. MILSTEIN
MICHAEL D. HAUSFELD
STEVEN J. TOLL
LISA M. MEZZETTI
ANDREW N. FRIEDMAN
RICHARD S. LEWIS
DANIEL S. SOMMERS
DANIEL A. SMALL
JOSEPH M. SELLERS
SHARON A. SNYDER
MARK S. WILLIS
STEPHEN D. ANNAND
MARC I. MACHIZ
PAUL T. GALLAGHER
LINDA P. NUSSBAUM
STEWART M. WELTMAN
CHRISTINE E. WEBBER
MARY N. STRIMEL

SUSAN E. FATTIG
MARLENE F. GIBBONS
MARK D. BOGEN
CATHERINE A. TORELL
SUSAN R. SCHWAIGER
JACQUELINE K. BRYKS
MATTHEW J. IDE

OF COUNSEL

JERRY S. COHEN (1925-1996)

PETER W. OVERS, JR.
SUZETTE M. MALVEAUX
KEELYN M. FRIESEN
DOUGLAS J. MCNAMARA
AGNIESZKA M. FRYSZMAN
CHARLES E. TOMPKINS
DONNA F. SOLEN
ELIZABETH H. CRONISE
JULIE GOLDSMITH
MOLLY M. HAN
VICTORIA S. NUGENT
ELIZABETH S. FINBERG
BRIAN A. RATNER
MEGAN E. JONES
JOSHUA S. DEVORE
ROBERT J. WOZNIAK, JR.
JUSTINE J. KAISER
R. JOSEPH BARTON
JAMES J. PIZZIRUSSO
BRENT W. LANDAU
CHRISTOPHER F. BRANCH

*ADMITTED ONLY IN WA
**ADMITTED ONLY IN VA
***ADMITTED ONLY IN NY
****ADMITTED ONLY IN FL
*****ADMITTED ONLY IN IL
******ADMITTED ONLY IN MD

SENDER'S DIRECT DIAL

May 20, 2003

*Via Facsimile*

Sharon Nelles, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Re: Microsoft Antitrust Litigation Direct Purchaser / End User Cases

Dear Sharon:

I received your voice mail message today regarding deposition dates for Mr. Ahearn and Mr. Brogan. As I wrote to David Tulchin previously, we have been working to obtain deposition dates for them in response to Microsoft's request.

As noted in our witness designations, Mr. Brogan is represented by separate counsel (Jackson Walker). His counsel informed me today that they are unwilling to produce Mr. Brogan for a voluntary deposition in our action.

I am advised that Mr. Ahearn is travelling with his family on an extended vacation that he planned many months ago. He is expected to return to the United States in July. We have asked him about arranging a deposition outside the United States prior to his return, but so far we have not been successful.

Sharon Nelles, Esq.
May 20, 2003
Page 2

I will let you know promptly when we receive updated information regarding
Mr. Ahearn.

Very truly yours,

Mary N. Strimel

cc:    Mark Griffin
       Ray Farrow
       Daniel Small