UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 27, 2003

Memo To Counsel Re: Microsoft Antitrust Litigation
MDL-1332
Kloth v. Microsoft Corp.
JFM-00-2117

Dear Counsel:

I have reviewed the memoranda you have submitted in connection with Microsoft's "motion to compel plaintiffs to produce for deposition three of their trial witnesses." I understand that the motion has been resolved as to the Mr. Harvey and Mr. Lie but remains open as to Mr. Gassee, Mr. Brogan, and Mr. Ahearn.

My ruling as to Ms. Gassee is that plaintiffs may not present him as a witness at trial as a volunteer. In response to Microsoft's motion, Be, Inc. and Mr. Gassee have indicated that Mr. Gassee agreed to appear voluntarily as a witness for plaintiffs only on condition that he not be subjected to a discovery deposition. That fact was not timely communicated to Microsoft, and it would be unfair to Microsoft for Mr. Gassee to appear as a trial witness voluntarily without Microsoft having been given the opportunity to take a discovery deposition of him in the consumer litigation.

As to Mr. Brogan and Mr. Ahearn, the record is not clear whether they are willing to be subjected to a discovery deposition by Microsoft. If they are not, my ruling is the same as to them as it is to Mr. Gassee. On the other hand, if the issue is solely one of timing, I ask you to work your problems out just as you were able to do as to Mr. Harvey and Mr. Lie.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge