UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 27, 2003

Memo To Counsel Re: Microsoft Antitrust Litigation
   MDL-1332
   Kloth v. Microsoft Corp.
   JFM-00-2117

Dear Counsel:

   I have reviewed the memoranda you have submitted in connection with the form of order on plaintiffs' motion for class certification. I will enter the order proposed by plaintiffs.[1]

   As to the question of whether the class period should end on December 15, 2001 or run through the date of certification of the class, I recognize that Microsoft's compliance with the terms of the settlement in the government case may be relevant to the issues in this case. However, it is not apparent to me from the existing record what, if any, effects on the consumer market have flowed from Microsoft's compliance. It is even less clear to me that these effects would have been immediate as of the date of compliance. Therefore, it seems to me that the December 15, 2001 date proposed by Microsoft may be somewhat artificial.

   As to the inclusion of purchasers of licenses to Windows XP, whatever effects Microsoft's antitrust violations may have had upon the price consumers paid for that software can be sorted out only on a full evidentiary record.

   In short, I do not believe that the claims of persons who purchased licenses after December 15, 2001 or who purchased licenses to Windows XP are so different from the claims of the class representatives and the other class members that their inclusion in the class is inappropriate. I recognize, however, that their right to recover monetary damages might be affected by Microsoft's compliance with the terms of the settlement in the government case and the nature of the software they purchased. Although I have not researched the issue (and do not want to delay issuance of my ruling while I do so in light of the need to enter the class certification order promptly), it may be that special interrogatories to the jury with respect to the facts relevant to their right to recover may be appropriate.

---

   [1] I do not believe that the answers to the two issues presented are clear, and I would have preferred that they had been raised earlier. However, I recognize they are relatively minor compared to the other issues raised by plaintiffs' class certification motion, and I do not fault Microsoft for failing to focus upon them before. However, under the circumstances I am resolving any doubts I might have in favor of plaintiffs.

  I am today entering the order granting in part and denying in part plaintiff's motion for class certification, using the form submitted by plaintiffs.

  Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

            Very truly yours,

            /s/

            J. Frederick Motz
            United States District Judge