IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Kloth v. Microsoft Corp.*,<br>Case No. 1:00cv02117 | : MDL DOCKET NO. 1332<br>: Hon. J. Frederick Motz<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DISCOVERY**

Microsoft Corporation gives notice of service of a Notice of Deposition and Subpoena of Jeremy White. A copy of the foregoing discovery documents were sent on May 28, 2003 by overnight courier to:

Mary N. Strimel
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Conor R. Crowley
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Dated:  June 2, 2003               BY:    /s/ David B. Tulchin
                                          David B. Tulchin
                                          Sharon L. Nelles
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, New York 10004
*Of Counsel:*                      (212) 558-4000

Robert A. Rosenfeld                PIPER RUDNICK LLP
HELLER, EHRMAN, WHITE &            Michael F. Brockmeyer (Fed. Bar No. 02307)
  McAULIFFE LLP                    Jeffrey Herschman (Fed. Bar No. 00101)
333 Bush Street, Suite 3000        6225 Smith Avenue
San Francisco, California 94104-2878   Baltimore, Maryland 21209-3600
(415) 772-6000                     (410) 580-3000


                                   *Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

      Mary N. Strimel
      COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
      1100 New York Avenue, N.W.
      West Tower, Suite 500
      Washington, DC 20005

      Conor R. Crowley
      FINKELSTEIN, THOMPSON & LOUGHRAN
      1050 30th Street, N.W.
      Washington, D.C. 20007

      Stanley M. Chesley
      WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
      1513 Fourth & Vine Tower
      One West Fourth Street
      Cincinnati, OH 45202

_____
Jeffrey D. Herschman