# Exhibit 1

# EXHIBIT 1

Plaintiffs' Proposed Trial Exhibits Relating to Microsoft's Alleged Failure to Disclose Confidential or Proprietary Information

**(FILED UNDER SEAL)**