# Exhibit 2

# EXHIBIT 2

Liability Report
Frederick R. Warren-Boulton
August 26, 2002

*(FILED UNDER SEAL)*