# Exhibit 3

# EXHIBIT 3

Technology Report
Ronald S. Alepin
August 29, 2002

***(FILED UNDER SEAL)***