# Exhibit 4

# EXHIBIT 4

Videotape Deposition of Russell Werner

Thursday, March 7, 2002

***(FILED UNDER SEAL)***