# Exhibit 5

# EXHIBIT 5

Videotape Deposition of Said Mohammadioun

December 14, 2001

## *(FILED UNDER SEAL)*