# Exhibit 6

# EXHIBIT 6

Continued Videotaped Deposition of
Cameron D. Myhrvold
September 6, 2001

***(FILED UNDER SEAL)***