# Exhibit 7

# EXHIBIT 7

Videotaped Deposition of Phillip Balma

November 6, 2001

**(FILED UNDER SEAL)**