NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Kloth v. Microsoft Corp.*
1:00cv02117

FILED SEPARATELY UNDER SEAL:

Microsoft's Memorandum in Support of Its Motion in Limine to Exclude Evidence Relating to Its Alleged Failure to Disclose Confidential or Proprietary Information, together with Exhibits 1 through 7

Dated: June 6, 2003

RELATED TO DOCUMENT NO. 948