# EXHIBIT A

# EXHIBIT A

**Excerpts from the
Technology Report of Ronald S. Alepin
Dated August 29, 2002**

*(FILED UNDER SEAL)*