# EXHIBIT B

# EXHIBIT B

**Excerpts from the
Rebuttal Report of Ronald S. Alepin
Dated November 4, 2002**

*(FILED UNDER SEAL)*