# EXHIBIT C

# EXHIBIT C

**Excerpts from the January 21-22, 2003
Deposition of Ronald S. Alepin**

*(FILED UNDER SEAL)*