# EXHIBIT C

**Microsoft's Motion In Limine to Exclude Evidence Regarding Deliberate Incompatibilities Between Windows and DR DOS**

# Expert Report of
# John K. Bennett, Ph. D., P.E.

## October 10, 2002

MDL Docket No. 1332

Hon. J. Frederick Motz

United States District Court

District of Maryland

### E. OS/2 Issues

#### 1. Allegations Regarding Deliberate Incompatibilities

Mr. Alepin writes in his report that *"Microsoft was designing its products so that when released, they would not work on OS/2. Microsoft was generating the incompatibilities that could be used to spread Fear Uncertainty and Doubt."* (Alepin at 57).

First, I note that Mr. Alepin offers no technical evidence in his report that the alleged incompatibilities were the result of features designed in by Microsoft. Further, it appears that all of Mr. Alepin's comments regarding these alleged incompatibilities relate to a beta version of OS/2. He appears to offer no comment on the released version of OS/2.

In addition, Mr. Alepin's views on this issue, as expressed in his report, are not supported by the record that I have reviewed. The fact that some Microsoft products did not execute correctly on OS/2 does not imply that Microsoft products were systematically designed to not work with OS/2. In fact, given that Microsoft's flagship applications (Word and Excel) *did* work with OS/2, and that it was only some of Microsoft's less well-known products (but more resource-demanding products, such as database programs) that failed, suggests to me the opposite conclusion.

Mr. Alepin further alleges that MS introduced Win3.11, which was incompatible with OS/2fW, to harm IBM. *"The changes in Windows 3.11 included "[m]inimal kernel changes to gracefully shut down windows after installation of new software. This change rendered OS2fW incompatible with Windows 3.11."* (Alepin at 60). Mr. Alepin is incorrect in his allegation that OS2fW/Windows 3.11 incompatibility was caused by Microsoft's conduct. The failure of OS2fW to work with Windows 3.11 was caused by a design decision made by IBM software developers prior to the release of Windows 3.11, *not* by any conduct by Microsoft, as I explain below.

operating system competing with MS-DOS. Further, no reference was made to any competing operating system in the text of the challenged message. In particular, the message said nothing about DRI or DR DOS, nor did the message say what was causing it to be displayed. Moreover, these messages did not prevent beta testers from running the Christmas Beta on any operating system, including DR DOS, nor did the non-fatal error message demonstrate or have the effect of creating any incompatibility with any competing operating system, including DR DOS. Allegations related to the AARD code were pursued in Caldera v. Microsoft, during which time Caldera's expert, Dr. Lee A. Hollaar, acknowledged that DR DOS was not adversely impacted by the AARD code in his deposition testimony:

> Q. If neither program adversely affects the behavior or performance of the other, is there an incompatibility between the two?
>
> A. **Affect, you know, or can't affect the behavior, then I wouldn't—I wouldn't call that an incompatibility.**

*(Hollaar Caldera Deposition at 67)*

> Q. Does the execution of the AARD code stop DR DOS from working?
>
> A. **No.**
>
> Q. Does it modify in any way DR DOS?
>
> A. **No.**
>
> Q. Is a user capable of operating DR DOS before and after the AARD code executes?
>
> A. **Certainly.**

*(Hollaar Caldera Deposition at 90)*

> Q. Okay, makes no impact at all, is there an incompatibility?
>
> A. **I would say for all practical purposes, no.**

*(Hollaar Caldera Deposition at 68)*