# EXHIBIT H

## Microsoft's Motion In Limine to Exclude Evidence Regarding Deliberate Incompatibilities Between Windows and DR DOS

*(FILED UNDER SEAL)*