# EXHIBIT J

**Microsoft's Motion In Limine to Exclude
Evidence Regarding Deliberate
Incompatibilities Between Windows and DR DOS**

*(FILED UNDER SEAL)*