UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Kloth* v. *Microsoft Corp.*, No. 1:00cv02117 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE OF OBJECTIONS AND COMPLETENESS DESIGNATIONS TO PLAINTIFFS' PRIOR TESTIMONY CROSS- AND COUNTER-DESIGNATIONS

Microsoft gives notice of service of its objections (other than with respect to relevance) and completeness designations to plaintiffs' prior testimony cross- and counter-designations, copies of which were sent on June 30, 2003 by hand to:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

and

Conor R. Crowley
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

and by first-class mail, postage prepaid to:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Dated:  June 30, 2003                    Respectfully submitted

                                         By:  *David B. Tulchin*
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, New York 10004
                                         (212) 558-4000

*Of Counsel*:                            Michael F. Brockmeyer (Fed. Bar No. 02307)
                                         PIPER RUDNICK LLP
Charles B. Casper                        6225 Smith Avenue
MONTGOMERY, McCRACKEN,                   Baltimore, Maryland 21209-3600
  WALKER & RHOADS, LLP                   (410) 580-3000
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

                                         *Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2003, I caused a copy of the foregoing Notice of Service of Objections and Completeness Designations to Plaintiffs' Prior Testimony Cross- and Counter-Designations to be served upon the following by United States mail, first class, postage prepaid:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael F. Brockmeyer