# EXHIBIT A

```
                                                                    1


  1   STATE OF MINNESOTA                        DISTRICT COURT

  2   COUNTY OF HENNEPIN                   FOURTH JUDICIAL DISTRICT

  3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  4   Daniel Gordon, Michael Stolee,      TRANSCRIPT OF PROCEEDINGS
      Vocal Signs, Inc., David Ellingson,
  5   Kari A. Wallace, Reclaim Center,
      Inc., individually and on behalf of
  6   all other similar situated,

  7
                      Plaintiffs,       Case File No. 00-005995
  8
           vs.
  9
      Microsoft Corporation,
 10
                      Defendant.
 11
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 12
           The above-entitled matter came on for hearing before the
 13
      Honorable Bruce Peterson, one of the Judges of the above-
 14
      named Court, on June 12, 2003, in the Hennepin County
 15
      Government Center, City of Minneapolis, State of Minnesota.
 16
                             A P P E A R A N C E S
 17
         RICHARD M. HAGSTROM, MICHAEL E. JACOBS, ESQ., and DANIEL
 18
      HUME, ESQ., appeared as counsel for and on behalf of the
 19
      Plaintiffs.
 20
         DAVID B. TULCHIN, ESQ., ROBERT DeMAY, ESQ., DAVID R.
 21
      CROSBY, ESQ. and KATRINA MORTENSON, ESQ., appeared as counsel
 22
      for and on behalf of the Defendant.
 23

 24
                              Court Reporter:  Sandra D. Skelly
 25
```

1   were to dig into the roots of these various standings
2   which really are just words that we play with, if we
3   look at the meaning for those words they are to find, I
4   think, that there truly was a contested issue that the
5   defendant had an opportunity and incentive to contest
6   and was found by a prior fact finder.
7           MR TULCHIN: But I think, Your
8   Honor, the two cases that I showed you, Nelson and
9   Johnson add that important point.
10          THE COURT: I agree. We have a
11  separate question and I'm very concerned about that but
12  so far I'm not sure I've heard injustices that can't be
13  cured, A, by making sure Microsoft has had adequate
14  opportunity to argue the context; and, B, by jury
15  instructions that limit -- that put in context what
16  these findings are.
17          MR. TULCHIN: And, Your Honor, I
18  think your suggestions are useful. I'm not sure that I
19  agree that collateral estoppel is appropriate, I don't.
20  But if it is to be applied I think in order to avoid
21  injustice or unfairness, those things are essential.
22          THE COURT: Let me ask you one more
23  question because I'm thinking practically about the
24  large number of these.
25          The fact that you have focused on the 111 that you