UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Kloth* v. *Microsoft Corp.,* No. 1:00cv02117

MDL Docket No. 1332
Hon. J. Frederick Motz

## MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTIONS IN LIMINE CONCERNING (1) TREBLE DAMAGES AND ATTORNEYS FEES AND (2) SETTLEMENTS AND SETTLEMENT NEGOTIATIONS

Microsoft does not intend to offer at trial evidence or argument regarding (1) the

fact that a prevailing party is entitled to treble damages and may be awarded attorneys fees

under the antitrust laws or (2) settlements or settlement discussions between Microsoft and

these or any other plaintiffs claiming to have been overcharged for Microsoft software.

Accordingly, Microsoft respectfully requests that the Court deny, without prejudice,

plaintiffs' two motions in limine pertaining to these matters.

Dated:  July 2, 2003

*Of Counsel:*

Charles B. Casper
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Respectfully submitted,

By:  David B. Tulchin

David B. Tulchin

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
(Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2003, I caused a copy of the foregoing Microsoft's Response to Plaintiffs' Motion in Limine Concerning (1) Treble Damages and Attorneys Fees and (2) Settlements and Settlement Negotiations to be served upon the following by Federal Express:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael F. Brockmeyer