IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : : : : : MDL DOCKET NO. 1332 : |
| This Document Relates To: | : Hon. J. Frederick Motz : |
| *Kloth. v. Microsoft Corp.*, 1:00 cv02117 | : |

**NOTICE OF FILING OF LENGTHY ATTACHMENTS TO MICROSOFT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS IN LIMINE SEEKING TO PRECLUDE MICROSOFT'S EXPERTS FROM TESTIFYING AT TRIAL**

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

David B. Tulchin
Michael Lacovara
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Defendant*
 *Microsoft Corporation*

July 2, 2003

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | :<br>:<br>:<br>: MDL DOCKET NO. 1332<br>: |
| This Document Relates To: | : Hon. J. Frederick Motz<br>: |
| *Kloth. v. Microsoft Corp.*, 1:00 cv02117 | : |

**NOTICE OF FILING OF LENGTHY ATTACHMENTS TO MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTIONS IN LIMINE SEEKING TO PRECLUDE MICROSOFT'S EXPERTS FROM TESTIFYING AT TRIAL**

Please take notice that a copy of the following Exhibits to Microsoft's Response to Plaintiffs' Motions in Limine Seeking to Preclude Microsoft's Experts From Testifying at Trial will be filed under seal with the Clerk's Office in paper format:

October 4, 2002 Report of Robert E. Hall ............................................................. Exhibit A

Excerpts from Deposition of Robert E. Hall ....................................................... Exhibit B

October 4, 2002 Report of Sharon Oster ............................................................. Exhibit C

August 26, 2002 Report of Frederick R. Warren-Boulton .................................. Exhibit D

August 26, 2002 Report of Joseph E. Stiglitz ..................................................... Exhibit E

Excerpts from Deposition of Sharon Oster .......................................................... Exhibit F

October 4, 2022 Report of Kevin M. Murphy ..................................................... Exhibit G

Excerpts from Deposition of Kevin M. Murphy .................................................. Exhibit H

October 4, 2002 Report of Ernst R. Berndt ......................................................... Exhibit I

October 4, 2002 Report of Chris F. Kemerer..................................................................Exhibit J

August 29, 2002 Report of Ronald S. Alepin...................................................................Exhibit K

October 4, 2002 Report of Raymond Ball......................................................................Exhibit L

August 26, 2002 Report of Jeffrey J. Leitzinger..............................................................Exhibit M

Excerpts from Back-Up Materials for Report of Raymond Ball.........................Exhibit N

Excerpts from Deposition of Raymond Ball......................................................Exhibit O

October 2, 2002 Report of Clement G. Krouse ...............................................................Exhibit P

Excerpts from Deposition of Clement G. Krouse...............................................Exhibit Q

    The Exhibits listed above exist only in paper format and if scanned would be larger than 1.5 MB. I certify that within 24 hours of the filing of this Notice, a paper copy of the Exhibits identified above will be filed and served.

Dated: July 2, 2003

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

David B. Tulchin
Michael Lacovara
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

### Certificate of Service

I hereby certify that on July 2, 2003, I caused a copy of the foregoing Notice of Filing of Lengthy Attachments to Microsoft's Memorandum in Opposition to Plaintiffs' Motions in Limine Seeking to Preclude Microsoft's Experts From Testifying at Trial to be served upon the following by overnight courier:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Michael D. Hausfeld
Daniel A. Small
Robert J. Wozniak, Jr.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Michael F. Brockmeyer