## NOTICE OF DOCUMENTS FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation
MDL Docket No. 1332

This Document relates to:
*Kloth v. Microsoft Corp.*,
No. 1:00cv02117


FILED SEPARATELY UNDER SEAL:


Microsoft's Memorandum in Opposition to Plaintiffs' Motions in Limine Seeking to Preclude Microsoft's Experts From Testifying at Trial and the following Exhibits to Microsoft's Memorandum:

| | |
|---|---|
| October 4, 2002 Report of Robert E. Hall | Exhibit A |
| Excerpts from Deposition of Robert E. Hall | Exhibit B |
| October 4, 2002 Report of Sharon Oster | Exhibit C |
| August 26, 2002 Report of Frederick R. Warren-Boulton | Exhibit D |
| August 26, 2002 Report of Joseph E. Stiglitz | Exhibit E |
| Excerpts from Deposition of Sharon Oster | Exhibit F |
| October 4, 2022 Report of Kevin M. Murphy | Exhibit G |
| Excerpts from Deposition of Kevin M. Murphy | Exhibit H |
| October 4, 2002 Report of Ernst R. Berndt | Exhibit I |
| October 4, 2002 Report of Chris F. Kemerer | Exhibit J |
| August 29, 2002 Report of Ronald S. Alepin | Exhibit K |
| October 4, 2002 Report of Raymond Ball | Exhibit L |
| August 26, 2002 Report of Jeffrey J. Leitzinger | Exhibit M |

Excerpts from Back-Up Materials for Report of Raymond Ball ........................... Exhibit N

Excerpts from Deposition of Raymond Ball ...................................................... Exhibit O

October 2, 2002 Report of Clement G. Krouse .................................................. Exhibit P

Excerpts from Deposition of Clement G. Krouse ............................................... Exhibit Q

Dated: July 2, 2003

RELATED TO DOCUMENT NOS. 31 and 32