IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | :<br>:<br>:<br>: MDL DOCKET NO. 1332<br>: |
| This Document Relates To: | : Hon. J. Frederick Motz<br>: |
| *Kloth v. Microsoft Corp.*, 1:00 cv00cv02117 | : |

## MICROSOFT'S MOTION TO FILE
## CERTAIN MATERIALS UNDER SEAL

Defendant Microsoft Corporation hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of Microsoft's Memorandum in Opposition to Plaintiffs' Motions In Limine Seeking to Preclude Microsoft's Experts From Testifying at Trial and the following Exhibits to Microsoft's Memorandum to be under seal:

October 4, 2002 Report of Robert E. Hall ...............................................................Exhibit A

Excerpts from Deposition of Robert E. Hall........................................................ Exhibit B

October 4, 2002 Report of Sharon Oster .............................................................. Exhibit C

August 26, 2002 Report of Frederick R. Warren-Boulton....................................Exhibit D

August 26, 2002 Report of Joseph E. Stiglitz....................................................... Exhibit E

Excerpts from Deposition of Sharon Oster........................................................... Exhibit F

October 4, 2022 Report of Kevin M. Murphy ......................................................Exhibit G

Excerpts from Deposition of Kevin M. Murphy...................................................Exhibit H

October 4, 2002 Report of Ernst R. Berndt ........................................................................ Exhibit I

October 4, 2002 Report of Chris F. Kemerer..................................................................... Exhibit J

August 29, 2002 Report of Ronald S. Alepin ....................................................................Exhibit K

October 4, 2002 Report of Raymond Ball ......................................................................... Exhibit L

August 26, 2002 Report of Jeffrey J. Leitzinger................................................................ Exhibit M

Excerpts from Back-Up Materials for Report of Raymond Ball ..........................Exhibit N

Excerpts from Deposition of Raymond Ball......................................................................Exhibit O

October 2, 2002 Report of Clement G. Krouse ................................................................. Exhibit P

Excerpts from Deposition of Clement G. Krouse...............................................................Exhibit Q

Microsoft respectfully requests that these documents be filed under seal because they include information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by this Court on September 5, 2000.

Dated: July 2, 2003

Respectfully submitted,

*David B. Tulchin* (signature)

David B. Tulchin
Michael Lacovara
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

2

## Certificate of Service

I hereby certify that on July 2, 2003, I caused a copy of the foregoing Microsoft's Motion to File Certain Materials Under Seal to be served upon the following by overnight courier:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Michael D. Hausfeld
Daniel A. Small
Robert J. Wozniak, Jr.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Michael F. Brockmeyer