IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | MDL Docket No. 1332 |
| This Document relates to: | |
| *Kloth v. Microsoft Corp.*, 1:00cv02117 | Hon. J. Frederick Motz |

# DEFENDANT MICROSOFT'S MOTION TO FILE
# CERTAIN MATERIAL UNDER SEAL

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following material under seal: Microsoft's Reply Memorandum in Support of Its Motion in Limine to Exclude Evidence Relating to Its Alleged Failure to Disclose Confidential or Proprietary Information. Microsoft respectfully requests that this document be filed under seal because it includes information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000.

Dated: July 16, 2003

- 2 -

Respectfully submitted,

*/s/ David B. Tulchin*

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052-6399
(425) 936-8080

Charles B. Casper
MONTGOMERY, McCRACKEN
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19101
(215) 772-1500

David B. Tulchin
Joseph E. Neuhaus
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2003, I caused a copy of Defendant Microsoft's Motion to File Certain Material Under Seal to be sent by Federal Express:

> Michael D. Hausfeld
> COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
> 1100 New York Avenue, N.W.
> West Tower, Suite 500
> Washington, DC 20005
>
> Stanley M. Chesley
> WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
> 1513 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, Ohio 45202

_____
Jeffrey D. Herschman