# EXHIBIT A

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                       NORTHERN DIVISION

 3

 4   IN RE: MICROSOFT LITIGATION
     _____/
 5

 6                  MDL No. 1332/JFM-00-1242
                    Thursday, October 24, 2002
 7                  Baltimore, Maryland

 8
     Before:  Honorable J. Frederick Motz, Judge
 9

10   Appearances:
          On Behalf of the Competitor Plaintiffs:
11        On Behalf of Netscape:
            James P. Ulwick, Esquire
12          Jeffrey A. Rosen, Esquire
            Evan Chesler, Esquire
13        On Behalf of Sun Microsystems:
            Lloyd R. Day, Jr., Esquire
14          Kevin Arquit, Esquire
          On Behalf of Burst:
15          Bruce Wecker, Esquire
          On Behalf of BE:
16          Stephen Susman, Esquire
            James Miller, Esquire
17        On Behalf of Consumer Plaintiffs:
            Stanley Chesley, Esquire
18        On Behalf of Defendant Microsoft:
            David B. Tulchin, Esquire
19          Robert Rosenfeld, Esquire

20   Also Participating:  Professor Arthur R. Miller

21   (Please Note: Only those who verbally participated have
        been listed.)
22
     Reported by:
23   Mary M. Zajac, RPR
     Room 3515, U.S. Courthouse
24   101 West Lombard Street
     Baltimore, Maryland 21201
25
```

1   My question is, to the extent that you get collateral
2   estoppel effect, to what extent are you precluded from
3   introducing evidence of the facts giving rise to the factual
4   finding?
5       MR. CHESLER: I think once it's found by collateral
6   estoppel, that's it. We're not back there again. Otherwise,
7   the whole point of the efficiency of this process is illusory as
8   far as I can tell. They can't, we can't, which leads me to my
9   last point.
10      THE COURT: All the plaintiffs accept that?
11      MR. HAUSFELD: Yes, Your Honor.
12      THE COURT: Mr. Susman?
13      MR. SUSMAN: Yes. But I might not want to go where he
14   does. We have our own choice.
15      THE COURT: I thought you just asked for all 350 of
16   the factual findings.
17      MR. SUSMAN: I've asked for a period of time to come
18   back.
19      MR. CHESLER: That's why he's sitting in the jury box.
20      Commingling of code, Your Honor. If you look again at
21   our attachment, in the first tab in my attachment to you,
22   Section 5(f)(2)(a), the heading, Judge Jackson's heading was,
23   Binding Internet Explorer to Windows. This is again the
24   argument that Microsoft has made at length in its papers and to
25   which their counsel alluded again today is, well, wait a minute,