# EXHIBIT AA

Expert Report of John K. Bennett, Ph. D., P.E.
Dated October 10, 2002

(FILED UNDER SEAL)