EXHIBIT BB

Deposition of John Constant
Dated May 8, 1998

(FILED UNDER SEAL)