## NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Kloth v. Microsoft Corp.*
1:00cv02117

FILED SEPARATELY UNDER SEAL:

Microsoft's Reply Memorandum in Support of Its Motion in Limine to Exclude Evidence Regarding Deliberate Incompatibilities Between Windows and DR DOS, together with Exhibits AA and BB

Dated: July 16, 2003

RELATED TO DOCUMENT NO. 40