IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br><br>*Kloth v. Microsoft Corp.*, 1:00cv02117 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## DEFENDANT MICROSOFT'S MOTION TO FILE CERTAIN MATERIAL UNDER SEAL

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following material under seal: Microsoft's Reply Memorandum in Support of Its Motion in Limine to Exclude Evidence Regarding Deliberate Incompatibilities Between Windows and DR DOS, including Exhibits AA and BB. Microsoft respectfully requests that this document be filed under seal because it includes information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000.

Dated: July 16, 2003

- 2 -

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052-6399
(425) 936-8080

Charles B. Casper
MONTGOMERY, McCRACKEN
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19101
(215) 772-1500

Respectfully submitted,

David B. Tulchin
Joseph E. Neuhaus
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000


Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2003, I caused a copy of Defendant Microsoft's Motion to File Certain Material Under Seal to be sent by Federal Express:

    Michael D. Hausfeld
    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
    1100 New York Avenue, N.W.
    West Tower, Suite 500
    Washington, DC  20005

    Stanley M. Chesley
    WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
    1513 Fourth & Vine Tower
    One West Fourth Street
    Cincinnati, Ohio  45202

    _____
    Jeffrey D. Herschman