UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Kloth v. Microsoft Corp.*, No. 1:00cv2117<br><br>*Henning v. Microsoft Corp.*, No. 1:02cv3920 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**MICROSOFT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
(1) PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE REFERENCE TO ANY
EVIDENCE THAT IS INCONSISTENT WITH THE FINDINGS OF FACT THAT HAVE
BEEN ACCORDED COLLATERAL ESTOPPEL TREATMENT AND (2) RHODA
HENNING'S MOTION IN LIMINE SEEKING TO EXCLUDE REFERENCE TO THE
GOVERNMENT'S DECISION NOT TO ALLEGE ANY ANTICOMPETITIVE
CONDUCT BY MICROSOFT IN ANY APPLICATIONS MARKET**

On July 2, 2003, Microsoft filed its memoranda in opposition to the two above-mentioned motions in limine. Both motions directly implicate the manner in which collateral estoppel will be applied at trial.

On July 3, 2003, the United States Court of Appeals for the Fourth Circuit granted Microsoft's petition requesting an interlocutory appeal of this Court's collateral estoppel decision. Disposition of that appeal may well affect the conduct of trial significantly. Indeed, plaintiffs' and Henning's lawyers have noted their belief that the Fourth Circuit's decision "dramatically alters the shape of the upcoming end-user trial." (Conway, MacKenzie & Dunleavy, P.C.'s July 9, 2003 Motion to Stay at 1 (attached hereto as Exhibit A).) Microsoft also believes that the Fourth Circuit's decision on Microsoft's appeal may affect the conduct of

trial significantly.  As a result, Microsoft respectfully submits that this Court should defer ruling on both motions in limine until the Fourth Circuit renders its decision.

|  |  |
|---|---|
| *Of Counsel*: | Respectfully submitted, |
| Charles B. Casper<br>MONTGOMERY, McCRACKEN,<br>  WALKER & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br>(215) 772-1500 | By: _____<br>    David B. Tulchin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 |
| Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington 98052<br>(425) 936-8080 | Michael F. Brockmeyer<br>(Fed. Bar No. 02307)<br>Jeffrey D. Herschman<br>(Fed. Bar. No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>(410) 580-3000 |
|  | *Attorneys for Microsoft Corporation* |
| July 16, 2003 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2003, I caused a copy of the foregoing Microsoft's Supplemental Memorandum In Opposition To (1) Plaintiffs' Motion In Limine To Exclude Reference To Any Evidence That Is Inconsistent With The Findings Of Fact That Have Been Accorded Collateral Estoppel Treatment And (2) Rhoda Henning's Motion In Limine Seeking To Exclude Reference To The Government's Decision Not To Allege Any Anticompetitive Conduct By Microsoft In Any Applications Market to be served upon the following by Federal Express:

        Michael D. Hausfeld
        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
        1100 New York Avenue, N.W.
        West Tower, Suite 500
        Washington, D.C. 20005

        Stanley M. Chesley
        WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, OH 45202

_____
Jeffrey D. Herschman