UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Kloth* v. *Microsoft Corp., No. 1:* 00cv 02117

MDL Docket No. 1332
Hon. J. Frederick Motz

**NOTICE OF SERVICE OF OBJECTIONS AND COUNTER-DESIGNATIONS TO
PLAINTIFFS' SUPPLEMENTAL PRIOR-TESTIMONY DESIGNATIONS AND
OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EXHIBIT DESIGNATIONS**

Microsoft Corporation gives notice of service of its objections and counter-

designations to plaintiffs' supplemental prior-testimony designations and objections to plaintiffs'

supplemental exhibit designations, copies of which were sent on July 21, 2003 by hand to:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

and

Conor R. Crowley
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

and by first-class mail, postage prepaid to:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley, L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202

Respectfully submitted,

Of Counsel:

By: _David B. Tulchin/srg_

    David B. Tulchin

Charles B. Casper
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

*Attorneys for Microsoft Corporation*

July 21, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2003, I caused a copy of the foregoing

Notice of Service of Objections and Counter-Designations to Plaintiffs' Supplemental

Prior-Testimony Designations and Objections to Plaintiffs Supplemental Exhibit

Designations to be served by hand-delivery upon:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, DC  20007

and by first class mail upon:

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202

Stuart M. Paynter