# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Kloth v. Microsoft Corp.*,<br>NO. JFM-00-2117 | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING FORM AND MANNER OF NOTICE

WHEREAS, Lead Counsel for the Class (as defined in the Settlement Agreement dated September 16, 2003) have applied for an order preliminarily approving the terms and conditions of the settlement as set forth in the Settlement Agreement together with the Appendices annexed thereto and approving the form and manner of notice;

WHEREAS, the settlement requires, among other things, that All Claims (as defined in the Settlement Agreement) against Microsoft be settled and compromised;

WHEREAS, Microsoft has separately joined in this application; and

WHEREAS, this Court having considered the Settlement Agreement and Appendices annexed thereto;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 23, it is hereby ORDERED that:

## PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

1.   The terms defined in the Settlement Agreement are incorporated herein.

963026v2

-2-

2.  The Court appoints Rust Consulting, Inc., a competent firm experienced in the administration of large-scale class action settlements, as the Settlement Administrator. The Settlement Administrator shall be responsible for receiving opt-out communications from the Class.

3.  The Court preliminarily approves the settlement as set forth in the Settlement Agreement (including both the compensation to be provided to the Class and the provisions of the Settlement Agreement regarding claims and rights that are not being compromised and settled), subject to the right of any member of the Class to challenge the fairness, reasonableness or adequacy of the Settlement Agreement and to show cause, if any exists, why a final judgment (substantially in the form annexed to the Settlement Agreement) dismissing All Claims should not be ordered after due and adequate notice to the Class as set forth in the Settlement Agreement and after a hearing on final approval.

## APPROVAL OF FORM AND MANNER OF NOTICE

4.  The Court hereby approves the proposed form of notice (the "Notice") which is attached hereto as Exhibit 1. On or before January 5, 2004, the Settlement Administrator shall send the Notice via first class mail, postage prepaid, (a) to all identifiable Class members whose mailing addresses are in the shop.microsoft.com database or Microsoft's records of its direct marketing campaigns, and (b) to the Class Representatives at their last known mailing address. The Notice to each identifiable Class member whose mailing address is in the shop.microsoft.com database or in Microsoft's records of its direct marketing campaigns will include a printout (to be printed by the Settlement Administrator from data provided by Microsoft) of the number of licenses purchased in each applicable product category found in the shop.microsoft.com database and in Microsoft's records of its direct marketing campaigns for

that identifiable Class member and the purchase price for each license. The Settlement Administrator shall utilize the national change of address service through the United States Postal Service to obtain corrected mailing addresses for Class members, and utilize a service to update the mailing addresses of Class members whose notices are returned because they were sent to incorrect addresses.

5. On or before January 5, 2004, Microsoft shall establish an Internet Web site for the purpose of providing notice to Class members and shall post a copy of the Notice there.

6. In addition to notice by U.S. mail, in any instance where Microsoft's records include an e-mail address but no physical address, Microsoft will arrange for the Notice to be e-mailed to all identifiable Class members whose e-mail addresses are in the shop.microsoft.com database or Microsoft's records of its direct marketing campaigns. The reference line for the e-mail message used to disseminate the notice shall state "Important Court-Ordered Notice-Please Read." The Notice shall be contained in the body of the e-mail message and not as an attachment.

7. The Court approves the proposed form of publication notice (the "Publication Notice") attached hereto as Exhibit 2. Within about 14 days after the Notice is mailed, Microsoft shall cause the Publication Notice to be issued in a national weekday edition of USA Today.

8. On or before February 5, 2004, Class Counsel shall file their Motion for Final Approval of the proposed settlement, along with their Application for an Award of Attorneys' Fees and Expenses.

9. Any member of the Class can request exclusion from (opt out of) the settlement, as set forth in the Settlement Agreement, on or before March 5, 2004 (the "Opt-Out Date"). Each member of the Class wishing to opt out of the Class must individually sign and submit

timely written notice to the designated P.O. Box obtained by the Settlement Administrator. This written notice must be signed, contain the Class member's name and address and clearly manifest an intent to be excluded from the Class. If the Class member is a company or organization, the written notice must also contain the name and address of the company or organization, the position of the person submitting the exclusion request and a statement that the person executing the request is authorized to do so on behalf of the company or organization. To be effective, written notice must be postmarked on or before the Opt Out Date.

10. As of the date hereof, all activity related to this litigation shall be stayed and suspended until further order of the Court, except as may be necessary to implement the settlement or comply with the terms of the Settlement Agreement.

11. All protective orders in force as of the date of this Order are hereby amended to apply to, cover, protect and treat all materials and information provided by Microsoft in connection with this settlement (including but not limited to information with respect to the potential or actual members of the Class) in the same manner as "Highly Confidential" discovery materials.

12. The Court hereby schedules a hearing to occur on March 26, 2004 at 9:30 a.m. in Courtroom 5A at the Garmatz Federal Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201 to determine whether (a) the proposed settlement as set forth in the Settlement Agreement, should be finally approved as fair, reasonable and adequate pursuant to Federal Rule of Civil Procedure 23; and (b) an Order of Approval approving the Settlement Agreement and a Final Judgment should be entered. No later than March 5, 2004, all relevant briefs and papers relating to the settlement and the application of Counsel for the Class for an award of fees and expenses shall be filed and served by objectors or persons other than the parties. No later than March 19,

2004, all responses to objections, relevant briefs and other papers relating to the settlement shall be filed and served by the parties. There will be a separate hearing to determine whether the application of Counsel for the Class for an award of attorneys' fees, costs and expenses of litigation should be approved, and the date and briefing schedule for that hearing will be set by the Court at a later time. Class counsel shall notify any persons who object to their application for an award of attorneys' fees and expenses of the date and time set for the hearing on that application.

13.  Neither this Order, the Settlement Agreement, the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or settlement is or may be used as an admission or evidence (a) of the validity of any claims, alleged wrongdoing or liability of Microsoft; or (b) of any fault or omission of Microsoft in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.

14.  The Court hereby reserves the right to amend this Order or to alter the deadlines set forth herein for good cause shown.

ENTERED this _____ day of _____, 2003.

_____
HONORABLE J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

Notice for Publication

Legal Notice					Legal Notice

**If you purchased certain Microsoft MS-DOS or Windows software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you could get a payment from a class action settlement.**

**This court-ordered notice may affect your rights. Please read it carefully.**

If you live in the United States and purchased Microsoft MS-DOS, Windows versions 1.0 to 3.2, Windows 95, Windows 98, Windows Millennium Edition, Windows XP Home or Windows XP Professional operating system software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you may be a class member in a class action lawsuit, *In re Microsoft Corp. Antitrust Litigation,* MDL No. 1332, in the United States District Court for the District of Maryland. (Although Microsoft software is licensed, the simpler term "purchased" is used here.) This notice is to inform you of the Court's certification of a class, the nature of the claims alleged, your right to participate in, or exclude yourself from, the class, and a proposed settlement.

- The settlement will provide payments to each member of the class of 55.1% of the amount paid for covered operating system products purchased through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns.

- The settlement resolves claims that Microsoft monopolized the market for operating systems software and overcharged class members.

- If you are a member of the class, your legal rights are affected whether you act or don't act.

963040v3

## YOUR LEGAL RIGHTS AND OPTIONS:

**Do Nothing.** You will automatically receive a payment calculated on the basis of Microsoft's records and will give up your ability to sue Microsoft over the legal claims in this case.

**Exclude Yourself.** You will get no payment. This is the only option that allows you to bring or participate in another lawsuit against Microsoft about the legal claims in this case.

**Object.** Write to the Court about why you don't like the settlement or the amount of class counsel's request for attorneys' fees and expenses.

A FULL NOTICE EXPLAINING YOUR LEGAL RIGHTS AND THE DEADLINES FOR EXERCISING THEM WAS RECENTLY MAILED TO ALL MEMBERS OF THE CLASS AT THE ADDRESSES REFLECTED ON MICROSOFT'S SALES RECORDS. IN SOME INSTANCES, THAT NOTICE HAS BEEN SENT BY E-MAIL, RATHER THAN U.S. MAIL. IF YOU HAVE NOT RECEIVED A COPY OF THE FULL NOTICE, CONTACT THE SETTLEMENT ADMINISTRATOR AT _____ OR GO TO OUR WEB SITE AT WWW._____. THIS IS ONLY A SUMMARY.

**What is this case about?**

Plaintiffs Franklin DeJulius, Paul Dieter and Gary Leach allege that Microsoft, in violation of federal antitrust law, unlawfully maintained a monopoly in a market for certain operating system software and that this harmed competition. Plaintiffs further allege that Microsoft used its alleged monopoly to overcharge persons who purchased that software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns. Microsoft denies plaintiffs' allegations and contends that it developed and sold high quality operating system software at fair and reasonable prices. The Court has not yet determined whether plaintiffs' or Microsoft's contentions are correct.

**Am I affected by this settlement?**

You may be affected only if you live in the United States and purchased covered Microsoft operating system software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003. This class does **not** include claims for Microsoft software acquired through other means, such as software pre-loaded on a new computer or bought in a store. The full definition of the Class is in the Notice that was recently mailed. You can get one from the Settlement Administrator or the Web site listed above.

### What if I didn't receive a notice?

If you believe that you are a member of the class, you should contact the Settlement Administrator promptly. If you are not listed in Microsoft's records, you may still be able to participate in the settlement, but will need to send a claim and proof of purchase to the Settlement Administrator for the covered operating system products you bought.

### When will the Court decide whether to approve the settlement?

The Court has scheduled a hearing at **9:30 a.m.** on **March 26, 2004** to consider whether the settlement is fair, reasonable and adequate. The hearing will be held in Courtroom 5A at the Garmatz Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. It is possible that the settlement hearing may be postponed if the Court concludes that a delay is appropriate.

### Are there any deadlines?

Yes, the Court has set deadlines for class members to exclude themselves (opt out) and a deadline to file objections to the settlement or the award of attorneys' fees and expenses. Class counsel intend to seek a maximum of $ _____ in attorneys' fees and expenses. The attorneys' fees and expenses awarded will not reduce settlement payments to class members. Microsoft has agreed that it will not oppose an award of up to $10,500,000 in attorneys' fees and expenses.

**The deadline for exclusions is March 5, 2003.** The instructions for class members who want to opt out are contained in the Notice, which is available from the Settlement Administrator or from the Web site listed above.

**The deadline for objections is March 5, 2003.** If you don't like the settlement or think the attorneys' fees are too high and wish to object, you must mail your objection early enough so that it is received by the deadline. The instructions for class members who want to object are contained in the Notice, which is available from the Settlement Administrator or from the Web site listed above.

### How can I get more information?

You may contact the Settlement Administrator at _____ or you may write to Class Counsel:

Michael D. Hausfeld, Esquire
COHEN MILSTEIN HAUSFELD
& TOLL, PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington DC 20005

Stanley M. Chesley, Esquire
WAITE, SCHNEIDER,
BAYLESS & CHESLEY, LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Notice for Publication

All court records may be examined in person and copied at the Clerk's office, 101 W. Lombard St., Baltimore, MD 21201 between 9:00 a.m. and 5:00 p.m. on business days.

**PLEASE DO NOT PHONE THE COURT.**

Dated September —, 2003.  The Honorable J. Frederick Motz, United States District Judge.

Notice for Mail/E-mail

Legal Notice                                                                 Legal Notice

# If you purchased certain Microsoft MS-DOS or Windows software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you could get a payment from a class action settlement.

**This court-ordered notice may affect your rights. Please read it carefully.**

If you live in the United States and purchased Microsoft MS-DOS, Windows versions 1.0 to 3.2, Windows 95, Windows 98, Windows Millennium Edition, Windows XP Home or Windows XP Professional operating system software **directly from Microsoft** through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you may be a class member in a class action lawsuit, *In re Microsoft Corp. Antitrust Litigation,* MDL No. 1332, in the United States District Court for the District of Maryland. (Although Microsoft software is licensed, the simpler term "purchased" is used here.) This notice is to inform you of the Court's certification of a class, the nature of the claims alleged, your right to participate in, or exclude yourself from, the class, and a proposed settlement.

- The settlement will provide payments to each member of the class of 55.1% of the amount paid for operating system products covered by the settlement purchased between November 10, 1995 and April 30, 2003 through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns.

- The settlement resolves claims that Microsoft monopolized the market for operating systems software and overcharged class members.

- If you are a member of the class, your legal rights are affected whether you act or don't act.

### YOUR LEGAL RIGHTS AND OPTIONS:

**Do Nothing.**   You will automatically receive a payment calculated on the basis of Microsoft's records and will give up your ability to sue Microsoft over the legal claims in this case.

963034v2

Notice for Mail/E-mail

**Exclude Yourself.**   You will get no payment. This is the only option that allows you to bring or participate in another lawsuit against Microsoft about the legal claims in this case.

**Object.**   Write to the Court about why you don't like the settlement or the amount of class counsel's request for attorneys' fees and expenses.

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will only be made if the Court approves the settlement. If someone appeals from the Court's approval of the settlement, payments will not occur until the appeal is resolved. Please be patient.

**What is this case about?**

Plaintiffs Franklin DeJulius, Paul Dieter and Gary Leach allege that Microsoft, in violation of federal antitrust law, unlawfully maintained a monopoly in a market for certain operating system software and that this harmed competition. Plaintiffs further allege that Microsoft used its alleged monopoly to overcharge persons who purchased that software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns. Microsoft denies plaintiffs' allegations and contends that it developed and sold high quality operating system software at fair and reasonable prices. The Court has not yet determined whether plaintiffs' or Microsoft's contentions are correct.

This case is pending in the United States District Court for the District Court for the District of Maryland and is assigned to the Honorable J. Frederick Motz.

**Why is there a settlement?**

The Court did not decide in favor of plaintiffs or Microsoft. Instead, both sides agreed to a settlement. That way, they avoid the cost of trial, and the people affected will get compensation.

**Am I affected by this settlement?**

You may be affected only if you live in the United States and purchased Microsoft operating system software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003. This class does **not** include claims for Microsoft software acquired in any other manner, such as from a store or installed on a new computer. See below for an exact definition of the class that the Court certified. If you fit within the definition, then you are a member of the Class and you will be affected by the settlement.

-2-

963034v2

Notice for Mail/E-mail

The Court has certified a class in this lawsuit defined as:

"(1) all persons and entities in the United States who acquired directly from Microsoft through the shop.microsoft.com Web site (by ordering on line or by calling the toll free number provided there by Microsoft) a license, other than for resale or re-licensing, for Microsoft single-user operating system software, including upgrades, compatible with *x*86 computers, but not including Windows 2000 or Windows NT, from February 22, 1999 through April 30, 2003; and

(2) all persons and entities in the United States who acquired directly from Microsoft through direct marketing campaigns (by placing an order in response to such a campaign and paying an amount in excess of shipping and handling charges), a license, other than for resale or re-licensing, for Microsoft single-user operating system software in Full Packaged Product form, including upgrades, compatible with x86 computers, but not including Windows 2000, Windows NT, or any beta, preview or other trial version of Microsoft single-user operating system software, from November 10, 1995 through April 30, 2003."

The operating system software products included in this definition are Microsoft MS-DOS, Windows versions 1.0 to 3.2, Windows 95, Windows 98, Windows Millennium Edition, Windows XP Home and Windows XP Professional.

**What will I get from the settlement?**

Under the settlement, members of the Class will get 55.1% of the amounts that they paid for the operating systems software products that fit within the class definition. The payments will be calculated based upon Microsoft's records of its sales directly to end-users. Accompanying this notice is a print-out of your transactions reflected on Microsoft's records. There will not be any deduction from your settlement payment to pay attorneys' fees or any of the costs of administering the settlement.

**What if I didn't get a print-out of my license transactions or the print-out is wrong?**

Contact the Settlement Administrator at _____. It is possible that your notice and print-out were directed to an old address. It is also possible that some or all of your transactions are not on the print-out. As explained below, the settlement provides that members of the Class can make claims for purchases not included on a print-out if they send a claim and proof of purchase to the Settlement Administrator.

**What are the attorneys going to be paid?**

The Court will decide the amount of the fees to be paid to Class counsel and the extent to which the expenses they incurred in working on this case should be reimbursed. Class counsel intend to seek a maximum of $_____ in attorneys' fees and expenses. Under the settlement, Microsoft has agreed to pay reasonable attorneys' fees and expenses to Class counsel in an amount to be determined by the Court. Microsoft has also agreed that it will not oppose an award of up to $10,500,000 in fees and expenses to Class counsel.

963034v2

**When will the Court decide whether to approve the settlement?**

The Court has scheduled a hearing at **9:30 a.m.** on **March 26, 2004** to consider whether the settlement is fair, reasonable and adequate. The hearing will be held in Courtroom 5A at the Garmatz Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. It is possible that the hearing may be postponed if the Court concludes that a delay is appropriate.

The fees and expenses to be awarded to Class counsel for the services that they have rendered to the Class will be determined at another hearing that the Court will set in the future. All persons who have filed timely objections to the application of Class Counsel for attorneys' fees and expenses will be notified of the date and time for that hearing so that they may attend if they wish to do so.

**What software is covered?**

Only the operating system software listed below is covered by the settlement.

The operating system software products covered by the settlement are Microsoft MS-DOS, Windows versions 1.0 to 3.2, Windows 95, Windows 98, Windows Millennium Edition, Windows XP Home and Windows XP Professional. Only purchases made between November 10, 1995 and April 30, 2003 through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns qualify. Beta, preview or trial versions of software do not qualify. Software purchased for resale or relicensing does not qualify.

Windows 2000 and Windows NT do not qualify, nor does software acquired through other means such as software pre-loaded on a new computer or bought in a store.

**What if Microsoft's records of my purchases are wrong?**

Check your records. If the print-out accompanying this notice is not correct, you can challenge the amount of your payment by writing to the Settlement Administrator. You will receive complete instructions on how to contest the amount of your payment when the Settlement Administrator mails out your check. You will need to have proof of the number of licenses that you bought directly from Microsoft and the amount you paid in order to contest the amount of your payment.

If you did not receive a print-out of your transactions, you should request instructions on how to make a claim from the Settlement Administrator. You will need to have proof of the number of covered operating system products that you bought and the amount you paid in order to make a claim for purchases not on a print-out.

**How do I remain a class member?**

You need not do anything at this time to remain a class member. You will be bound by all orders and judgments of the Court, whether favorable or not. You will be represented by

-4-

963034v2

Notice for Mail/E-mail

class counsel. You do not have to pay class counsel. You may enter an appearance through your own counsel, but you will have to pay that counsel. You may also seek the Court's permission to intervene or personally appear in the action.

If you remain in the Class, you will automatically receive your settlement payment, calculated on the basis of Microsoft's records. In return you will be releasing your claim for damages against Microsoft on the legal claims asserted in the case.

**What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself (opt out), you are staying in the Class, and that means you can't sue, continue to sue, or be part of any other lawsuit against Microsoft about the legal issues in *this* case. It also means that all of the Court's orders will apply to you and legally bind you. The legal issues in this case involve covered operating system software purchased directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003.

Any member of the Class who does not opt out expressly and irrevocably waives and fully, finally and forever settles and releases all claims, demands, actions, suits and causes of action, at law or in equity, arising from the direct purchases of covered Microsoft operating system software through the shop.microsoft.com Web site (by ordering on line or by calling the toll free number provided by Microsoft) or pursuant to a Microsoft direct marketing campaign between November 10, 1995 and April 30, 2003 against Microsoft and/or its directors, officers, employees, attorneys, insurers or agents, whether known or unknown, asserted or unasserted, at law or in equity, that any member of the Class ever had, could have had, now has or hereafter can, shall or may have (1) relating in any way to any conduct, act or omission that occurred, or failed to occur, prior to April 30, 2003 and that was or could have been alleged in this case as the basis for any antitrust or unfair competition claim; or (2) arising from the direct purchase and/or acquisition of a license for a covered Microsoft operating system between November 10, 1995 and April 30, 2003 and arising under or related to any laws concerning or relating to (a) antitrust (including without limitation the Sherman Antitrust Act, 15 U.S.C. §§ 1, *et seq.*), (b) unfair competition, (c) unfair practices, (d) consumer protection, (e) price discrimination, (f) unconscionable or unfair pricing, (g) trade regulation, (h) trade practices, or (i) other federal or state law, regulation or common law similar or analogous to any of the above.

This release does not include claims relating to (a) Microsoft's conduct, acts or omissions that occur or occurred after April 30, 2003, and (b) claims arising from what the Court has previously held to be indirect purchases (*i.e*, purchases made from an entity other than Microsoft) of a license for Microsoft operating system software.

**How do I exclude myself (opt out) from the class?**

You may exclude yourself or your company (opt out) from the Class if you mail a signed letter asking to be excluded postmarked by **March 5, 2004** to Microsoft Claims Exclusions, P.O. Box 1677 Faribault, MN 55021-1677. If you are excluding yourself, the letter must contain your

-5-

963034v2

name and address and say that you want to be excluded from the settlement. If you are excluding your company, your letter must contain the name and address of your company, your position in the company, and a statement that you are authorized to act on behalf of the company. **If you exclude yourself (opt out), you will not participate in the settlement, and you will not be bound by the Court's orders or judgments in this case.** If you wish to remain a Class member, DO NOT send a letter asking to be excluded.

### How do I object to the settlement or the attorneys' fees?

If you don't like the settlement, or think the attorneys' fees or expenses are too high, and wish to object, you must say so in writing. Mail a letter saying what you do not like about the settlement or attorneys' fees or expenses to all of these addresses:

> Clerk, United States District Court
> for the District of Maryland
> 101 West Lombard Street
> Fourth Floor Baltimore, MD 21201

> Michael D. Hausfeld, Esquire
> COHEN, MILSTEIN, HAUSFELD & TOLL PLLC
> 1100 New York Avenue, N.W., Suite 500
> Washington, D.C. 20005
> *Class Counsel*

> Stanley M. Chesley, Esquire
> WAITE, SCHNEIDER, BAYLESS & CHESLEY LPA
> 1513 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, Ohio 45202
> *Class Counsel*

> David B. Tulchin, Esquire
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, New York 10004
> *Counsel for Microsoft*

**The deadline for objections is March 5, 2004.** If you want to object, you must mail your letter early enough so that it is received by the deadline.

If you make an objection by the deadline, you may ask the Court for permission to speak at the hearing if you want to do so.

### How can I get more information?

You may contact the Settlement Administrator at _____ or you may write to Class Counsel:

-6-

Notice for Mail/E-mail

| | |
|---|---|
| Michael D. Hausfeld, Esquire<br>COHEN MILSTEIN HAUSFELD<br>& TOLL, PLLC<br>1100 New York Ave., N.W.<br>West Tower, Suite 500<br>Washington DC 20005 | Stanley M. Chesley, Esquire<br>WAITE, SCHNEIDER,<br>BAYLESS & CHESLEY, LPA<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202 |

All court records may be examined in person and copied at the Clerk's office, 101 W. Lombard St., Baltimore, MD 21201 between 9:00 a.m. and 5:00 p.m. on business days.

**PLEASE DO NOT PHONE THE COURT.**

Dated October --, 2003.  The Honorable J. Frederick Motz, United States District Judge.

963034v2