# EXHIBIT C

Notice for Publication

Legal Notice                                    Legal Notice

# If you purchased certain Microsoft MS-DOS or Windows software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you could get a payment from a class action settlement.

**This court-ordered notice may affect your rights.  Please read it carefully.**

If you live in the United States and purchased Microsoft MS-DOS, Windows versions 1.0 to 3.2, Windows 95, Windows 98, Windows Millennium Edition, Windows XP Home or Windows XP Professional operating system software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003, you may be a class member in a class action lawsuit, *In re Microsoft Corp. Antitrust Litigation,* MDL No. 1332, in the United States District Court for the District of Maryland.  (Although Microsoft software is licensed, the simpler term "purchased" is used here.)  This notice is to inform you of the Court's certification of a class, the nature of the claims alleged, your right to participate in, or exclude yourself from, the class, and a proposed settlement.

- The settlement will provide payments to each member of the class of 55.1% of the amount paid for covered operating system products purchased through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns.

- The settlement resolves claims that Microsoft monopolized the market for operating systems software and overcharged class members.

- If you are a member of the class, your legal rights are affected whether you act or don't act.

963040v2

Notice for Publication

## YOUR LEGAL RIGHTS AND OPTIONS:

**Do Nothing.**        You will automatically receive a payment calculated on the basis of Microsoft's records and will give up your ability to sue Microsoft over the legal claims in this case.

**Exclude Yourself.**  You will get no payment. This is the only option that allows you to bring or participate in another lawsuit against Microsoft about the legal claims in this case.

**Object.**            Write to the Court about why you don't like the settlement or the amount of class counsel's request for attorneys' fees and expenses.

**A FULL NOTICE EXPLAINING YOUR LEGAL RIGHTS AND THE DEADLINES FOR EXERCISING THEM WAS RECENTLY MAILED TO ALL MEMBERS OF THE CLASS AT THE ADDRESSES REFLECTED ON MICROSOFT'S SALES RECORDS. IN SOME INSTANCES, THAT NOTICE HAS BEEN SENT BY E-MAIL, RATHER THAN U.S. MAIL. IF YOU HAVE NOT RECEIVED A COPY OF THE FULL NOTICE, CONTACT THE SETTLEMENT ADMINISTRATOR AT _____ OR GO TO OUR WEB SITE AT WWW._____. THIS IS ONLY A SUMMARY.**

### What is this case about?

Plaintiffs Franklin DeJulius, Paul Dieter and Gary Leach allege that Microsoft, in violation of federal antitrust law, unlawfully maintained a monopoly in a market for certain operating system software and that this harmed competition. Plaintiffs further allege that Microsoft used its alleged monopoly to overcharge persons who purchased that software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft or through one of Microsoft's direct marketing campaigns. Microsoft denies plaintiffs' allegations and contends that it developed and sold high quality operating system software at fair and reasonable prices. The Court has not yet determined whether plaintiffs' or Microsoft's contentions are correct.

### Am I affected by this settlement?

You may be affected only if you live in the United States and purchased covered Microsoft operating system software directly from Microsoft through a Microsoft Web site, by calling a toll-free number provided by Microsoft, or through one of Microsoft's direct marketing campaigns between November 10, 1995 and April 30, 2003. This class does **not** include claims for Microsoft software acquired through other means, such as software pre-loaded on a new computer or bought in a store. The full definition of the Class is in the Notice that was recently mailed. You can get one from the Settlement Administrator or the Web site listed above.

963040v2

Notice for Publication

**What if I didn't receive a notice?**

If you believe that you are a member of the class, you should contact the Settlement Administrator promptly. If you are not listed in Microsoft's records, you may still be able to participate in the settlement, but will need to send a claim and proof of purchase to the Settlement Administrator for the covered operating system products you bought.

**When will the Court decide whether to approve the settlement?**

The Court has scheduled a hearing at **9:30 a.m.** on **March 26, 2004** to consider whether the settlement is fair, reasonable and adequate. The hearing will be held in Courtroom 5A at the Garmatz Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. It is possible that the settlement hearing may be postponed if the Court concludes that a delay is appropriate.

**Are there any deadlines?**

Yes, the Court has set deadlines for class members to exclude themselves (opt out) and a deadline to file objections to the settlement or the award of attorneys' fees and expenses. Class counsel intend to seek a maximum of $_____ in attorneys' fees and expenses. ~~will seek attorneys' fees and expenses in an amount not to exceed $_____.~~ The attorneys' fees and expenses awarded will not reduce settlement payments to class members. Microsoft has agreed that it will not oppose an award of up to $10,500,000 in attorneys' fees and expenses.

**The deadline for exclusions is March 5, 2003.** The instructions for class members who want to opt out are contained in the Notice, which is available from the Settlement Administrator or from the Web site listed above.

**The deadline for objections is March 5, 2003.** If you don't like the settlement or think the attorneys' fees are too high and wish to object, you must mail your objection early enough so that it is received by the deadline. The instructions for class members who want to object are contained in the Notice, which is available from the Settlement Administrator or from the Web site listed above.

**How can I get more information?**

You may contact the Settlement Administrator at _____ or you may write to Class Counsel:

Michael D. Hausfeld, Esquire
COHEN MILSTEIN HAUSFELD
& TOLL, PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington DC 20005

Stanley M. Chesley, Esquire
WAITE, SCHNEIDER,
BAYLESS & CHESLEY, LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

963040v2

Notice for Publication

All court records may be examined in person and copied at the Clerk's office, 101 W. Lombard St., Baltimore, MD 21201 between 9:00 a.m. and 5:00 p.m. on business days.

## PLEASE DO NOT PHONE THE COURT.

Dated ~~September~~ October——, 2003.  The Honorable J. Frederick Motz, United States District Judge.

-4-