UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 8, 2003

Memo To Counsel Re: Microsoft Antitrust Litigation
MDL-1332

Dear Counsel:

      I have reviewed all of the papers submitted in connection with plaintiffs' motion for preliminary approval of proposed settlement.

      As to the issues in dispute between plaintiffs and Microsoft (relating to providing notice of the amount of attorneys' fees and costs plaintiffs' counsel intend to request and the deadline for filing their motion for attorneys' fees and costs), it clearly would be imprudent to jeopardize the potential settlement by disregarding the authorities cited by Microsoft and not providing full notice to the class members of the amount of attorneys' fees and costs that plaintiffs' counsel intend to request. Further, I am persuaded it is in the public interest that the request for attorneys' fees and costs being made by plaintiffs' counsel in these proceedings be placed on the public record while the settlements of certain related state litigation are going through the approval process.

      Accordingly, I have today signed the proposed order submitted by Microsoft granting preliminary approval of the proposed settlement and approving the form and manner of notice.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge