# EXHIBIT F

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 99-27340 CA 11

SHELBY HARTMAN, JULIA FROW, )
BARBARA DIAZ, STACIE )
D'ALBENAS, individually and on behalf )
of all those similarly situated, )
) Index No. 99-27340 (11)
Plaintiffs, )
)
v. )
)
MICROSOFT CORPORATION, )
a foreign corporation, )
)
Defendant. )

## PROPOSED PRE-TRIAL ORDER NO. 2

WHEREAS, the above-captioned action is before this Court as a putative class action;

WHEREAS, defendant Microsoft Corporation ("Microsoft") does not concede that the above-captioned action should be certified as a class action; and

WHEREAS, counsel for the plaintiff in the above-captioned action have agreed to organize themselves in the manner set forth herein;

It is ORDERED that the parties adhere to the following order unless the same should be changed by agreement of the parties or Court order.

I.

### AMENDED COMPLAINT AND CLASS CERTIFICATION

A. Plaintiffs have leave to file an amended complaint with additional plaintiffs. The deadline for doing so is July 20, 2001. Microsoft's deadline for responding to the amended complaint is August 24, 2001.

B. Plaintiffs shall file a motion for class certification by June 20, 2001. Microsoft shall file any response to such motion by November 30, 2001. Plaintiffs shall file any reply by January 11, 2002.

## II.

## DISCOVERY

A. Microsoft may take the depositions of the proposed class representatives. Each such deposition will be limited to 6 hours. The parties shall confer in good faith to schedule these depositions between the date that plaintiffs' class certification is filed and 30 days before Microsoft's opposition is due.

B. With respect to discovery not otherwise addressed herein or by this Court's June 14, 2001 Order Coordinating Deposition Discovery ("Pre-Trial Order No. 1"), the parties shall use their best efforts to coordinate with other "plaintiffs" (as that term is defined in the Order of United States District Court Judge J. Frederick Motz that is attached to and incorporated in Pre-Trial Order No. 1, and defined herein as "Other Plaintiffs") so as to minimize duplication of effort and waste of judicial resources. In order to effectuate this goal, and subject to Section V of this Pre-Trial Order No. 2, Microsoft shall not object to plaintiffs in this action sharing with and among Other Plaintiffs either (a) documents produced by any party or third party in any such action or (b) transcripts of depositions taken in any such action. The parties may utilize such documents and depositions transcripts in this action within the confines of this state's law and rules. To the extent documents are deemed authenticated in the action through which they were produced, such documents also shall be deemed authenticated here.

III.

## APPOINTMENT AND ORGANIZATION OF PLAINTIFFS' COUNSEL

A. The organizational structure of plaintiffs' counsel established herein shall be binding upon all actions consolidated pursuant to this Pre-Trial Order No. 2.

B. Prosecution of this litigation on behalf of plaintiffs shall be managed and directed by Kirby McInerney & Squire, LLP and Hare, Wynn, Newell & Newton (jointly, Plaintiffs' Co-Lead Counsel"). Plaintiffs' Co-Lead Counsel shall be assisted in the litigation by an Executive Committee. Members of the Executive Committee shall include Baldwin & Baldwin, LLP, Haggard Parks & Bologna, PA, Lightfoot, Franklin & White, L.L.C., Kaufman Miller Dickstein & Grunspan, P.A., and Lieff, Cabraser Heimann & Bernstein. Additional law firms may provide services to plaintiffs as Plaintiffs' Co-Lead Counsel deems appropriate.

C. Plaintiffs' Co-Lead Counsel shall have full responsibility and authority as to all aspects of the litigation, including motion practice, discovery, settlement, and trial. All assignments to perform tasks in this action shall be appointed by Plaintiffs' Co-Lead Counsel among the counsel for plaintiffs in such a manner as to lead to the orderly and efficient prosecution of the litigation and to avoid duplicative or unproductive effort.

IV.

## PROTECTIVE ORDER

The parties acknowledge that Microsoft has produced a substantial number of documents in discovery in the proceedings entitled *In re Microsoft Corp. Antitrust Litigation*, MDL Docket No. 1332 (D. Md.), subject to a protective order, attached hereto as Exhibit 1. The parties agree to the submission and entry in this action of a protective order that is in all respects similar to the federal protective order.

## V.

## COORDINATION OF PLEADINGS AND OTHER PAPERS

Service by Microsoft on Plaintiffs of any papers relating to this action shall be deemed to be completed for all purposes when a copy is served on Daniel Hume of Kirby McInerney & Squire, LLP, James J. Thompson, Jr. of Hare, Wynn, Newell & Newton, Sara A. Ford of Lightfoot, Franklin & White, L.L.C., and Robert L. Parks of Haggard, Parks & Bologna, P.A. Service by plaintiffs on Microsoft of any papers relating to this action shall be deemed to be completed for all purposes when a copy is served on Richard G. Garrett and Hilarie Bass of Greenberg Traurig, P.A. and Daryl A. Libow of Sullivan & Cromwell.

## VI.

## RELATED ACTIONS

This Pre-Trial Order No. 2 shall apply to each related action that is consolidated with this action. With respect to any action of like nature against Microsoft subsequently filed in a state court in Florida other than this Court, asserting exclusively Florida state-law claims, the parties in this action jointly shall take all necessary steps to have such action transferred to, or otherwise consolidated before, this Court, to the extent permitted by applicable law.

## VII.

## CAPTION OF CASE

The caption of the case shall be denominated as *In Re: Florida Microsoft Antitrust Litigation* and shall proceed under Index No. 99-27340.

Dated:

Conformed Copy
**NOV 1 5 2001**
*BERNARD S. SHAPIRO*
Circuit Court Judge

_____
HONORABLE BERNARD S. SHAPIRO
CIRCUIT COURT JUDGE

Presented by:

_____
Daniel Hume
Kirby McInerney & Squire, LLP

Counsel for Plaintiffs

_____
Hilarie Bass
Greenberg Traurig, P.A.

Counsel for Microsoft Corporation