# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : : : : : : : : : : : |
| | MDL DOCKET NO. 1332 |
| This Document Relates To: | Hon. J. Frederick Motz |
| *Kloth v. Microsoft Corp.*, 1:00cv02117 | |

**NOTICE OF FILING OF LENGTHY ATTACHMENT TO
MICROSOFT'S MEMORANDUM IN OPPOSITION TO THE MOTION BY
CERTAIN LAWYERS FOR AN ADVISORY OPINION CONCERNING A
POTENTIAL FEE APPLICATION**

Please take notice that a copy of Exhibit G to Microsoft's Memorandum In Opposition To The Motion By Certain Lawyers For An Advisory Opinion Concerning A Potential Fee Application will be filed with the Clerk's Office in paper format.

The Exhibit listed above exists only in paper format and if scanned would be larger than 1.5 MB. I certify that within 24 hours of the filing of this Notice, a paper copy of the Exhibit identified above will be filed and served.

Dated: November 17, 2003

Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

## Certificate of Service

I hereby certify that on November 17, 2003, I caused a copy of the foregoing Notice of Filing of Lengthy Attachment to Microsoft's Memorandum In Opposition To The Motion By Certain Lawyers For An Advisory Opinion Concerning A Potential Fee Application to be served upon the following by Federal Express:

>Stanley M. Chesley
>Waite, Schneider, Bayless & Chesley Co., L.P.A.
>1513 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio  45202
>
>Michael D. Hausfeld
>Daniel A. Small
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>1100 New York Avenue, N.W.
>West Tower, Suite 500
>Washington, DC  20005

Jeffrey D. Herschman