# Appendix A

Rust Consulting, Inc.
In re Microsoft Corp Antitrust Litigation, MDL Docket No. 1332
Accepted Exclusion Request List
April 14, 2004

| Record ID Number | Name1 | Name2 | Doc ID Number | Received Date | Postmarked Date | Address1 | City | State | Zip | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 02524115 | JOHN HERRIDGE JR. | | 1 | 01/29/04 | 01/27/04 | 23213 SIERRA RD | LAND O LAKES | FL | 34639-6105 | ACCEPTED |
| 02558158 | JAMES BRAZANT | | 3 | 02/02/04 | 01/29/04 | 8263 140TH AVE | OLIN | IA | 52320-7708 | ACCEPTED |
| 01474152 | MICHAEL FARIAS | NEXTDAYPC/BIZHELP | 5 | 02/02/04 | 01/30/04 | 963 HIDDEN RDG | MILFORD | OH | 45150 | ACCEPTED |
| 02234137 | W GEAR | | 6 | 02/02/04 | 01/30/04 | 1 MICROSOFT WAY | REDMOND | WA | 98052-8300 | ACCEPTED |
| 02051413 | BOB YOXALL | | 7 | 02/02/04 | 01/27/04 | 261 CHATEAU DR | LOS ALTOS | CA | 94022-2218 | ACCEPTED |
| 01543476 | PHILLIP HUBBARD | | 8 | 02/02/04 | 01/31/04 | 306 W MAPLE ST | ASHMORE | IL | 61912 | ACCEPTED |
| 02414768 | BRENDA SHEARER | | 9 | 02/02/04 | 01/31/04 | 2091 15TH RD | BOURBON | IN | 46504-9578 | ACCEPTED |
| 01375947 | INEZ BACON | | 10 | 02/02/04 | 01/27/04 | 60 FALCON RIDGE DR | COVINGTON | GA | 30016 | ACCEPTED |
| 02451794 | JAMES TURPIN | | 11 | 02/02/04 | 01/28/04 | 381 N WASHINGTON BLVD APT F106 | OGDEN | UT | 84404-3967 | ACCEPTED |
| 01668643 | RIKI BRASWELL | EDS | 12 | 02/02/04 | 01/30/04 | 5400 LEGACY STOP C3-2D-38 | PLANO | TX | 75024 | ACCEPTED |
| 01663785 | DONALD KIRK | | 13 | 02/02/04 | 01/28/04 | 8 CALDER CT | MANCHESTER | MO | 63021 | ACCEPTED |
| 02538549 | TOM SHAW | | 14 | 02/02/04 | 01/28/04 | 5656 PEARCE ST | THE COLONY | TX | 75056-1909 | ACCEPTED |
| 02488301 | WILLIAM BARNES | | 15 | 02/03/04 | 01/31/04 | 1509 WESTOVER RD | AUSTIN | TX | 78703-1911 | ACCEPTED |
| 02010670 | TED MUSTO | COMPUTER CITY | 16 | 02/03/04 | 01/30/04 | 3S147 SEQUOIA DR | GLEN ELLYN | IL | 60137-7334 | ACCEPTED |
| 02083032 | JOAN HORNBECK | | 17 | 02/03/04 | 01/30/04 | 3362 E HIDDEN SPRINGS DR | WASHINGTON | UT | 84780-1996 | ACCEPTED |
| 02262871 | LONNIE JOHNSTON | | 18 | 02/03/04 | 01/30/04 | 209 TALON CT | CHEYENNE | WY | 82009-6111 | ACCEPTED |
| 02283074 | WILLIAM WESCOTT | | 19 | 02/03/04 | 01/31/04 | 1038 N AMBROSIA | MESA | AZ | 85205-5820 | ACCEPTED |
| 02703206 | JEANNE ROSE | | 20 | 02/03/04 | 01/31/04 | 4303 W CHERRY AVE | VISALIA | CA | 93277-5717 | ACCEPTED |
| 02489025 | BILL DRENNING | | 21 | 02/03/04 | 01/31/04 | PO BOX 158 | WOODSBORO | MD | 21798-0158 | ACCEPTED |
| 01442120 | KENNETH CLARK | | 22 | 02/03/04 | 02/03/04 | 433 W 3RD ST | LONG BEACH | CA | 90802 | ACCEPTED |
| 02510002 | MATTHEW RICHARDS | | 23 | 02/03/04 | 01/30/04 | 18941 SYMES LN | FORT BRAGG | CA | 95437-8214 | ACCEPTED |
| 02707945 | YOLANDA EDWARDS | | 24 | 02/04/04 | 01/30/04 | 40 ELM ST APT C2 | ELIZABETH | NJ | 07208-1946 | ACCEPTED |
| 02376387 | NEAL FAIRBANKS | | 25 | 02/04/04 | 01/02/04 | 34444 GROVE DR | LIVONIA | MI | 48154-2524 | ACCEPTED |
| 01592108 | KEVIN KALINOWSKI | EDS | 26 | 02/04/04 | 02/02/04 | 14450 BADE DR | WARREN | MI | 48088 | ACCEPTED |
| 01708523 | JUDSON HAMBLETON | ELECTRONICS BOUTIQUE | 27 | 02/04/04 | 02/02/04 | 966 N CHARLOTTE ST | POTTSTOWN | PA | 19464 | ACCEPTED |
| 02083841 | DONALD ONDRAK | | 28 | 02/04/04 | 02/02/04 | 1511 LIBERTY DR | LEXINGTON | NE | 68850-1160 | ACCEPTED |
| 02163765 | ANTHONY SMITH | | 29 | 02/04/04 | 02/02/04 | 2412 W CUSTER AVE | MILWAUKEE | WI | 53209-4913 | ACCEPTED |
| 02326863 | JANICE SEMONS | | 30 | 02/05/04 | 02/02/04 | 7320 N 2800 W | HONEYVILLE | UT | 84314-9702 | ACCEPTED |
| 01005479 | DANIEL BISHOP | | 31 | 02/05/04 | 02/02/04 | 7030 SW 14TH AVE | PORTLAND | OR | 97219 | ACCEPTED |
| 02011196 | W. ALLAN MCLEOD | | 32 | 02/05/04 | 02/02/04 | 245 W 74TH ST APT 5D | NEW YORK | NY | 10023-2127 | ACCEPTED |
| 02685700 | ALLAN VANHORNE | | 33 | 02/05/04 | 02/02/04 | 7114 W JEFFERSON AVE STE 100 | LAKEWOOD | CO | 80235-2309 | ACCEPTED |
| 02327471 | THOMAS BROWN | | 34 | 02/05/04 | 02/02/04 | 908 VIA DEL MONTE | PLS VRDS EST | CA | 90274-1616 | ACCEPTED |
| 02075136 | JAMES YOUNG | | 35 | 02/06/04 | 02/03/04 | 7558 E 19TH ST | TULSA | OK | 74112-7704 | ACCEPTED |
| 02585703 | SHIRLEY PERRY | | 36 | 02/06/04 | 02/03/04 | 1456 BENT OAKS BLVD | DELAND | FL | 32724-8062 | ACCEPTED |
| 02473901 | EDWARD UNDERWOOD | | 37 | 02/06/04 | 02/03/04 | 38018 S DESERT BLUFF DR | TUCSON | AZ | 85739-2170 | ACCEPTED |
| 02026763 | LEWIS YELL | | 38 | 02/06/04 | 02/03/04 | 4204 E 13TH AVE | AMARILLO | TX | 79104-3129 | ACCEPTED |
| 02695037 | NETTIE KUNZ | | 40 | 02/06/04 | 02/04/04 | 6856 BUTTE CT | BOISE | ID | 83704-7339 | ACCEPTED |
| 02225159 | RACHEL GALLAGHER | | 41 | 02/09/04 | 02/07/04 | 650 BANK STREET 19 | NEW YORK | NY | 10014 | ACCEPTED |
| 02511368 | JAMES BOTTOS | | 42 | 02/09/04 | 02/02/04 | 5650 TRAIL WINDS DR APT 115 | FORT MYERS | FL | 33907-8325 | ACCEPTED |
| 02639123 | DAVID JUDSON | | 43 | 03/22/04 | 02/09/04 | 14364 NECTARINE ST | BROOKSVILLE | FL | 34613-5950 | ACCEPTED |
| 01287097 | ACCOUNTS PAYABLE | MITCHELL COLLEGE | 44 | 03/22/04 | 02/05/04 | 437 PEQUOT AVE | NEW LONDON | CT | 06320 | ACCEPTED |

Rust Consulting, Inc.
In re Microsoft Corp Antitrust Litigation, MDL Docket No. 1332
Accepted Exclusion Request List
April 14, 2004

| Record ID Number | Name1 | Name2 | Doc ID Number | Received Date | Postmarked Date | Address1 | City | State | Zip | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 02132266 | GAYLE MENIST | | 45 | 02/09/04 | 02/04/04 | 13-40 GEORGE ST | FAIR LAWN | NJ | 07410-1806 | ACCEPTED |
| 01270303 | ACCOUNTS PAYABLE | HALL COUNTY BOARD OF EDUCATION | 46 | 02/09/04 | 02/04/04 | 711 GREEN ST NW STE 100 | GAINESVILLE | GA | 30501 | ACCEPTED |
| 01065626 | T LYNCH | UNIVERSITY OF DELAWARE | 47 | 02/09/04 | 02/05/04 | 219 JOHN M CLAYTON HALL | NEWARK | DE | 19716 | ACCEPTED |
| 02377834 | STEVEN CARLISLE | | 48 | 02/09/04 | 02/04/04 | 6237 KINCAID RD | CINCINNATI | OH | 45213-1415 | ACCEPTED |
| 01601329 | ROD DODL | | 49 | 02/09/04 | 02/06/04 | 9420 STANMORE PL | RICHMOND | VA | 23236 | ACCEPTED |
| 02404929 | WENDY BURNHAM | METRO INFORMATION SERVICES | 50 | 02/09/04 | 02/06/04 | 20 MORNING SONG LN | NEWLAND | NC | 28657-8781 | ACCEPTED |
| 02478531 | BILL HAMMER | | 51 | 02/09/04 | 02/06/04 | 3325 E ST ANDREWS WAY | SEATTLE | WA | 98112-3749 | ACCEPTED |
| 02083247 | JAMES LEITER | | 52 | 02/09/04 | 02/05/04 | 1908 EVERHART DR | ORLANDO | FL | 32806-3396 | ACCEPTED |
| 01457964 | ERIK HANSON | | 53 | 02/09/04 | 02/09/04 | 13889 RIDGEDALE DR # 200 | MINNETONKA | MN | 55305 | ACCEPTED |
| 01160994 | LORI YAMADA | MOANALUA HIGH SCHOOL | 54 | 02/09/04 | 02/05/04 | 2825 ALA ILIMA ST | HONOLULU | HI | 96818 | ACCEPTED |
| 02411132 | JENNIFER REYNA | | 55 | 02/09/04 | 02/06/04 | 45789 SAYRE DR | GREAT MILLS | MD | 20634-2548 | ACCEPTED |
| 02638331 | JAMES BEATTY | | 56 | 02/09/04 | 02/07/04 | 2537 E ALDEN PL | ANAHEIM | CA | 92806-4302 | ACCEPTED |
| 02017198 | COY CREAMER | | 57 | 02/11/04 | 02/08/04 | 26113 WYNDEMERE CT | ESCONDIDO | CA | 92026-8500 | ACCEPTED |
| 02017785 | GLEN BROWN | | 58 | 02/11/04 | 02/09/04 | 2110 KING AVE APT 17 | DES MOINES | IA | 50320-2484 | ACCEPTED |
| 02504766 | PATRICIA STRONG | | 59 | 02/12/04 | 02/09/04 | 7112 NW 46TH ST | BETHANY | OK | 73008-2316 | ACCEPTED |
| 02014258 | PATRICIA CUSEY | | 60 | 02/12/04 | 02/09/04 | 385 BOSCA CT | CLARKSVILLE | TN | 37040-6590 | ACCEPTED |
| 02391410 | RICHARD SCEHOVIC | | 61 | 02/13/04 | 02/10/04 | 5401 HIGHLAND DR SE | AUBURN | WA | 98092-8798 | ACCEPTED |
| 01386349 | STEPHEN CAMPANA | | 62 | 02/13/04 | 02/10/04 | 5413 FAIRVIEW DR | GRAND BLANC | MI | 48439 | ACCEPTED |
| 02093277 | NIKOLAI SHEVCHUK | | 64 | 02/12/04 | 02/02/04 | 1500 MASSACHUSETTS AVE NW APT 721 | WASHINGTON | DC | 20005-1833 | ACCEPTED |
| 02253589 | MICHAEL DVORAK | | 65 | 02/16/04 | 02/11/04 | PO BOX 1995 | RUIDOSO DOWNS | NM | 88346-1995 | ACCEPTED |
| 02341194 | PAMELA DUNCAN | | 66 | 02/16/04 | 02/13/04 | 13565 FINDLAY AVE | APPLE VALLEY | MN | 55124-4613 | ACCEPTED |
| 01702057 | PATRICK REILLY | SOFTWARE SPECTRUM INC | 67 | 02/16/04 | 02/12/04 | 223 VISTA DEL LAGO DR | HUFFMAN | TX | 77336 | ACCEPTED |
| 02425412 | BERTHA CONWAY | | 68 | 02/16/04 | 02/12/04 | 11930 HENDON LN | HOUSTON | TX | 77072-4708 | ACCEPTED |
| 02555447 | SHERRILL HANSEN | | 69 | 02/16/04 | 02/11/04 | PO BOX 430 | DAVENPORT | WA | 99122-0430 | ACCEPTED |
| 02089065 | RONALD NORTON | | 70 | 02/16/04 | 02/12/04 | 530 RAMAH DR | FORT COLLINS | CO | 80525-7036 | ACCEPTED |
| 02146317 | MARGARET HERRING | | 71 | 02/17/04 | 02/14/04 | 9224 WOLF PACK TER | COLORADO SPGS | CO | 80920 | ACCEPTED |
| 01415162 | WAYNE DENNIS | | 72 | 02/17/04 | 02/14/04 | 2317 PHEASANT PL | EUDORA | KS | 66025-8153 | ACCEPTED |
| 02663210 | KEVIN OSULLIVAN | | 73 | 02/19/04 | 02/16/04 | 926 N PLEASANT ST | ROYAL OAK | MI | 48067 | ACCEPTED |
| 01385335 | RICHARD LAFLIN | | 74 | 02/19/04 | 02/18/04 | 5400 MERRITT RD # 2 | YPSILANTI | MI | 48197-9383 | ACCEPTED |
| 02364711 | JEFFREY CONNOR | | 75 | 02/23/04 | 02/16/04 | 1760 EATON DR NE | CLEARWATER | FL | 33756 | ACCEPTED |
| 01403206 | MICHAEL SULTZER | | 76 | 02/23/04 | 02/19/04 | 2 HILLTOP CT | ASBURY | NJ | 08802-1315 | ACCEPTED |
| 02302591 | JOHN SELK | | 77 | 02/23/04 | 02/20/04 | PO BOX A4993 | MALVERN | IA | 51551 | ACCEPTED |
| 01213973 | THOMAS MCGUIRE | MALVERN COMM SCH DIST | 78 | 02/23/04 | 02/20/04 | PO BOX 176 | SARATOGA | WY | 82331-0176 | ACCEPTED |
| 02568867 | RAYMOND HASKINS | | 79 | 02/24/04 | 02/21/04 | 6520 HESTER DR | AMARILLO | TX | 79124-7903 | ACCEPTED |
| 01727012 | BRIAN STRICKER | | 80 | 02/26/04 | 02/21/04 | 7126 YORK RD | PAVILION | NY | 14525 | ACCEPTED |
| 01510980 | ROBERT SKINNER | CLIENTLOGIC | 81 | 02/26/04 | 02/23/04 | 5292 PORTRUSH CT | COLUMBUS | GA | 31909 | ACCEPTED |
| 02667126 | BARBARA BROWN | | 82 | 03/01/04 | 02/27/04 | 1117 LAURA LN | FAYETTEVILLE | GA | 30215-2717 | ACCEPTED |
| 02258102 | JACK THROCKMORTON | | 83 | 03/01/04 | 02/26/04 | PO BOX 18 | MIDDLEBOURNE | WV | 26149-0018 | ACCEPTED |
| 02429069 | RICHARD HOLLAND | | 85 | 03/02/04 | 02/27/04 | 211 PLEASANT ST | LITTLETON | NH | 03561-4904 | ACCEPTED |
| 02411125 | LINDA DOYLE | | 87 | 03/04/04 | 02/28/04 | 1458 OLD GLASGOW RD | TOMPKINSVILLE | KY | 42167-7002 | ACCEPTED |
| 02409702 | DON GURSKY | | 89 | 03/04/04 | 03/01/04 | 243 MORROW CHURCH RD | SEARCY | AR | 72143-9059 | ACCEPTED |


Rust Consulting, Inc.
In re Microsoft Corp Antitrust Litigation, MDL Docket No. 1332
Accepted Exclusion Request List
April 14, 2004

| Record ID Number | Name1 | Name2 | Doc ID Number | Received Date | Postmarked Date | Address1 | City | State | Zip | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 02565378 | ROBERT ZIEGLER | | 91 | 03/11/04 | 03/08/04 | 7010 GREEN SPRING DR | LOUISVILLE | KY | 40241-1053 | ACCEPTED |
| 01575699 | LAWRENCE LEHR | | 92 | 03/15/04 | 03/15/04 | 28 BAKERS XING | SAVANNAH | GA | 31406 | ACCEPTED |
| 02634289 | MARK RULE | AIS COMPUTERS | 93 | 03/15/04 | 03/11/04 | 2003 ROYAL CT | ATLANTA | GA | 30341-1027 | ACCEPTED |
| 02043906 | JAMES SWAIN | | 95 | 03/19/04 | 03/16/04 | 702 W 25TH AVE | HUTCHINSON | KS | 67502-3334 | ACCEPTED |
| 01393088 | SILVANA LUSIGNAN | | 96 | 03/19/04 | 03/16/04 | 18 PIN OAK LN | WILTON | CT | 06897 | ACCEPTED |
| 01182262 | ACCTS PAYABLE | GARFIELD SCHOOL DIST | 97 | 03/22/04 | 03/17/04 | 2200 FRESHWATER RD | EUREKA | CA | 95503 | ACCEPTED |
| 01143942 | BRADFORD CROSKEY | | 98 | 03/22/04 | 03/18/04 | 484 EAST AVE | TALLMADGE | OH | 44278 | ACCEPTED |
| 02159904 | CHUCK THIERHEIMER | TALLMADGE HIGH SCHOOL | 99 | 03/23/04 | 03/20/04 | 3047 NW ANGELICA DR | CORVALLIS | OR | 97330-3622 | ACCEPTED |
| 01598575 | PHILIP MOREL | | 100 | 03/23/04 | 03/20/04 | 4041 MALVA TER | FREMONT | CA | 94536 | ACCEPTED |
| 02015613 | TODD HANSEN | | 101 | 03/30/04 | 03/23/04 | 239 BURNHAM ST | EAST HARTFORD | CT | 06108-1131 | ACCEPTED |
| 01515183 | ELPI ARHONTOULIS | | 102 | 03/30/04 | 03/22/04 | 10 RALEIGH RD | KENDALL PARK | NJ | 08824 | ACCEPTED |
| 02232089 | MARGARET KORVER | | 103 | 03/30/04 | 03/23/04 | 22427 KENDALL SHAY CT | KATY | TX | 77450-8215 | ACCEPTED |
| 01409444 | JOHN CRAIG | | 104 | 03/30/04 | 03/26/04 | 2314 LITTLEFOX DR | RICHMOND | VA | 23233 | ACCEPTED |
| 02321448 | CHARLES GREENE | | 105 | 03/30/04 | 03/26/04 | 220 AVENUE H APT D | REDONDO BEACH | CA | 90277-5239 | ACCEPTED |
| 02466750 | FERNANDO MENDOZA | | 106 | 03/30/04 | 03/22/04 | 1128 343 PL SE | SAMMAMISH | WA | 98075 | ACCEPTED |
| 02146782 | CHERRIE DYER | | 107 | 03/30/04 | 03/22/04 | 759 NEW DEAL POTTS RD | COTTONTOWN | TN | 37048-4820 | ACCEPTED |