# Appendix B

Rust Consulting, Inc.
In re Microsoft Corp Antitrust Litigation, MDL Docket No. 1332
Not Accepted Exclusion Request List
Cure Response Deadline April 16, 2004
April 14, 2004

| Record ID Number | Name1 | Doc ID Number | Received Date | Postmarked Date | Address1 | City | State | Zip | Reason | Deadline to Respond to Cure Letter |
|---|---|---|---|---|---|---|---|---|---|---|
| 02474342 | STEVEN T WALLIN | 108 | 04/02/04 | 03/03/04 | 834 MALLARD DR | COPPELL | TX | 75019 | NO EXCLUSION STATEMENT | 4/16/2004 |
| 02662152 | BYRNE O BENFIELD | 109 | 04/02/04 | 02/02/04 | 1512 C BACK OF THE MOON | AUSTIN | TX | 78734 | NO EXCLUSION STATEMENT | 4/16/2004 |