APPENDIX A

| *Product Title/Edition* |
|---|
| MS-DOS |
| Windows Versions 1.0 - 3.2 |
| Windows for Workgroups Versions 1.0 - 3.11 |
| Windows 95 |
| Windows 98 |
| Windows 98 Second Edition |
| Windows Millennium Edition |
| Windows XP Home Edition |
| Windows XP Professional |